AO 442 (Rev 11/11) Arrest Warrant                                             11431740

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22-cr-00200 |
| Peter K. Navarro | ) | Assigned To: Judge Amit P. Mehta |
| | ) | Assign. Date: 6/2/2022 |
| | ) | Description: INDICTMENT (B) |
| | ) | |

*Defendant*

## ARREST WARRANT

RECEIVED JUN 3 '22
U.S. MARSHAL-DC AM 11:2

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Peter K Navarro

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

2 U.S.C. § 192 (Contempt of Congress -Testimony)
2 U.S.C. § 192 (Contempt of Congress – Papers)

Date:   06/02/2022

Zia M. Faruqui
2022.06.02 16:36:58
-04'00'

*Issuing officer's signature*

City and state:   Washington, DC       ZIA M. FARUQUI, UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/3/22, and the person was arrested on *(date)* 6/3/22
at *(city and state)* Washington DC

Date: 6/3/22

N. Wolfe
*Arresting officer's signature*

Nathan Wolfe DUSM
*Printed name and title*