Leave to file GRANTED
by Judge Amit P. Mehta
6/8/2022

| | |
|---|---|
| **From:** | |
| **To:** | Jean Claude Douyon |
| **Subject:** | Re: FW: Activity in Case 1:22-cr-00200-APM USA v. NAVARRO Notice of Hearing |
| **Date:** | Wednesday, June 8, 2022 10:47:12 AM |

**CAUTION - EXTERNAL:**

June 8, 2022

To Judge Amit P. Mehta via Courtroom Deputy Jean-Claude Douyon
Re: Request for 45-day extension of arraignment and status conference

At this point, I remain without legal representation and the prosecution has already begun to file motions despite my request for delay. In this vacuum, the prosecution is placing me at a severe disadvantage.

I note in this regard that the prosecution is also pushing very hard for a "speedy trial" as part of its strategy to exploit the unrepresented – this issue came up with the magistrate.

I remind the court here that upon my arrest, the FBI agent in charge refused to allow me to contact an attorney for legal advice prior to appearing before the magistrate despite repeated requests and then tried to cover his tracks by providing a public defender a mere three minutes before the hearing was scheduled to begin. This put me at a very severe disadvantage at the outset.

In this particular regard, I ask that the court investigate this particularly egregious breach of due process, confirm my allegations, provide me with the FBI's rationale for taking such an egregious step, and take actions in this matter as appropriate.

Clearly, the prosecution's strategy is to take advantage of an individual without adequate representation.

At this point, I am very actively seeking a legal team but am facing a number of hurdles.

My very freedom here is at stake and I ask for the court's understanding that it will take time both to find the appropriate representation and time to develop an appropriate legal strategy.

In the meantime, I ask for the requested extension and further request that the prosecution stand down on further motions designed to exploit my lack of representation until I secure representation.

I reiterate my request that this court get to the bottom of why I was denied a phone call upon my arrest despite repeated entreaties.

Finally, I note that this arrest occurred a mere three days after I filed a civil suit seeking to enjoin the U.S. Attorney from doing exactly what they did. I will speak at a later date on the

merits of allowing this civil suit to proceed prior to any criminal prosecution of what is a highly controversial and unprecedented case. To my knowledge, no high-ranking senior White House official has ever wound up in leg irons after simply standing up for constitutional principles, executive privilege, and testimonial immunity.

In the meantime, I would ask this court to carefully review my civil suit, a request I made to the magistrate as well as approve this extension.

Sincerely,
Peter Navarro

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.