FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry ___06/06/2022___

    Pursuant to an arrest warrant issued in the the District of Columbia,
Special Agent Walter Giardina and Special Agent Sebastian Gardner of the
Federal Bureau of Investigation located and arrested PETER NAVARRO at Reagan
National Airport.

    NAVARRO was encountered on the jetway to American Airlines Flight 3625
departing to Nashville, Tennessee.  NAVARRO was accompanied by ████
████.  NAVARRO was placed under arrest at approximately 11:14 AM.  NAVARRO
asked to, and was allowed to confer with and comfort ████ who was upset.
NAVARRO and ████ were informed that NAVARRO would be transported to
Washington Field Office for processing and then to the U.S. Marshall's
Service custody at U.S. District Court prior to his initial appearance with
Magistrate Judge Zia Faruqui.  NAVARRO's baggage was left in the custody of
████.  Airport Liaison Special Agent Elizabeth Kilcommons escorted
████ from the jetway.

    NAVARRO was escorted down the jetway steps to an FBI vehicle.  NAVARRO
was handcuffed and searched.  NAVARRO's wallet, cell phone, and pen were
removed from his person placed in a manilla envelope.  None of these items
were searched.  NAVARRO complained the handcuffs were causing strain on his
shoulder.  A second set of handcuffs was added to the first set decreasing
NAVARRO's shoulder strain and increasing his freedom of movement.  NAVARRO
said this relieved his pain.  NAVARRO said the left handcuff was too tight.
This handcuff was loosened.

    NAVARRO was placed in the back right seat of the FBI vehicle and seat-
belted in.  NAVARRO asked for more leg room.  The front right seat was moved
completely forward.  NAVARRO said one of the handcuffs had ridden up on his
wrist and was causing him discomfort.  This handcuff was adjusted until
NAVARRO said it did not cause him pain.

    The arrest warrant was shown and read to NAVARRO.

    At 11:20 AM NAVARRO was informed of his Miranda Rights.  NAVARRO was
informed agents were not seeking to interview him and would not be asking

UNCLASSIFIED//FOUO

Investigation on ___06/03/2022___ at Washington, District Of Columbia, United States (In Person)

File # 72-WF-3593858                                    Date drafted ___06/03/2022___

by Walter B. Giardina, GARDNER SEBASTIAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

72-WF-3593858

Continuation of FD-302 of  (U//FOUO) Arrest of Peter Navarro _____ , On  06/03/2022 , Page  2 of 3

him questions.

NAVARRO said words to the effect, "do I get to make a call?"  SA Giardina asked, "do you have an attorney you'd like to call?  What is the name of your attorney?"  NAVARRO replied, "I'm supposed to be on live television tonight.  I'd like to call the producer and tell him I'm not going to be there.  Can I have my phone?"

SA Giardina informed NAVARRO he could not have his phone until after his initial appearance, but if he would like to speak with an attorney arrangements would be made for a call as soon as NAVARRO provided the attorney's name.  NAVARRO did not provide a name of an attorney.

NAVARRO made statements to the effect that the arresting agents were "kind Nazis" and "how you could live with yourselves?".

At 11:32 AM the FBI vehicle transporting NAVARRO arrived at Washington Field Office.  NAVARRO was fingerprinted, photographed, and DNA sample taken.  During this process NAVARRO was provided water.  NAVARRO was offered food, but declined.  NAVARRO was asked if he needed to see a medic but declined.



While this was occurring, [REDACTED] asked for and was provided the information regarding NAVARRO's initial appearance.  When NAVARRO finished processing, he was informed that [REDACTED] had been told of his court time. NAVARRO said he did not want [REDACTED] to appear at court as this would make [REDACTED] a "public person" and could affect [REDACTED] employment at a [REDACTED]. [REDACTED] was called at [REDACTED] and informed NAVARRO did not want [REDACTED] at court.

NAVARRO said he was hungry and thirsty.  At 12:03 PM, a bottle of water, chocolate, nuts, and dried fruit was provided to NAVARRO.  NAVARRO was asked if he wanted anything else to eat or drink which he declined.

NAVARRO arrived at the U.S. Marshall's Service sally port at U.S. District Court at 12:08 PM.  The Deputy U.S. Marshall processing NAVARRO ordered NAVARRO's watch to be removed.  NAVARRO's watch, wallet, cell phone, and pen were sealed in an evidence envelope, which was further sealed in a manilla envelope.

At 2:20 PM, NAVARRO's wallet, cell phone, and pen were provided to his defense counsel at his initial appearance.

Case 1:22-cr-00200-APM Document 13-4 Filed 06/09/22 Page 3 of 3

72-WF-3593858 Serial 27

**UNCLASSIFIED//FOUO**

72-WF-3593858

Continuation of FD-302 of  (U//FOUO) Arrest of Peter Navarro                      , On  06/03/2022 , Page   3 of 3