Leave to file GRANTED
by Judge Amit P. Mehta
6/9/2022

**Jean Claude Douyon**

**From:** ████████████████████████
**Sent:** Thursday, June 9, 2022 11:10 AM
**To:** Jean Claude Douyon
**Subject:** RE: FW: Activity in Case 1:22-cr-00200-APM USA v. NAVARRO Notice of Hearing

**CAUTION - EXTERNAL:**

Please be advised I am drafting a response to the request for a protective order and ask the court to await that until any ruling.  I should have it be cob tomorrow.

Sent with Proton Mail secure email.