IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        )
                             )
        Plaintiff,         )
                             )   CR No. 22-200
                             )   Washington, D.C.
      vs.               )   July 15, 2022
                             )   10:03 a.m.
PETER K. NAVARRO,           )
                             )
        Defendant.         )
_____)

TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        Elizabeth Ann Aloi
                        U.S. ATTORNEY'S OFFICE
                        DISTRICT OF COLUMBIA
                        555 4th Street, NW
                        Washington, D.C. 20003
                        (202) 252-7212
                        Email:
                        elizabeth.aloi@usdoj.gov

For the Defendant:         John S. Irving, IV
                        EARTH & WATER LAW LLC
                        1455 Pennsylvania Avenue, NW
                        Suite 400
                        Washington, D.C. 20004
                        (301) 807-5670
                        Email: jirving1@verizon.net

                        John P. Rowley, III
                        JPROWLEY LAW PLLC
                        8639 Chase Glen Circle
                        Fairfax Station,
                        Virginia 22039
                        (703) 402-8800
                        Email:
                        john.rowley@jprowleylaw.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                    P R O C E E D I N G S
2            THE COURT:  Please be seated, everyone.
3            COURTROOM DEPUTY:  Good morning, Your Honor.  This
4    is Criminal Case No. 22-200, the United States of America
5    versus Peter K. Navarro.
6            Elizabeth Aloi for the government.
7            John Irving and John Rowley for the defense.
8            The defendant is appearing in person for these
9    proceedings.
10           THE COURT:  Okay.  Counsel, good morning.
11           Mr. Navarro, good morning to you, sir.
12           Okay.  So we're here for a status conference to
13   see where things stand in this matter.  I did get the motion
14   that the defendant had filed last night; I have had a chance
15   to review and we can discuss it to the extent the government
16   has a reaction to it in a moment.
17           But why don't we just start with where things
18   stand in terms of discovery disclosures and any other
19   matters the government wishes to raise and then we'll turn
20   to defense counsel.
21           MS. ALOI:  Thank you, Your Honor.  Good morning.
22   May I remove my mask while speaking?
23           THE COURT:  You may.
24           MS. ALOI:  Thank you.
25           So we've made some progress since we were last
```

 1    here.  The government did extend a plea offer to Mr. Navarro

 2    which was rejected.

 3            The offer was to plea to either count, comply with

 4    the January 6th Committee subpoena to the satisfaction of

 5    the Justice Department and we would agree to cap our

 6    allocution at the minimum of 30 days.

 7            In addition, we sent additional discovery to the

 8    defendant on July 11th.  The vast majority of that

 9    production was the defendant's own material, information

10    derived from his Google account.

11            We also responded to the defendant's discovery

12    demands.

13            And I think that is the update on our end unless

14    you'd like to turn to the motion now.

15            THE COURT:  So one moment.

16            Can you remind me, have you already turned over

17    grand jury material or is that still outstanding?

18            MS. ALOI:  Yes, Your Honor, we have turned over

19    all of the Rule 16 material at this time in our possession

20    or control.

21            THE COURT:  Okay.

22            And then at least as we sort of sit here today, is

23    there anything else the government still believes it needs

24    to produce or needs to obtain for production?

25            MS. ALOI:  Your Honor, the only production that we

1  anticipate is material that the FBI has collected that is

2  captures of Mr. Navarro's own social media.  So we expect

3  that that will be forthcoming, but it is his own content

4  that the FBI is capturing.

5           THE COURT:  Okay.

6           All right.  Anything else the government would

7  like to add?

8           MS. ALOI:  No, Your Honor.  Thank you.

9           THE COURT:  Why don't we turn to defense counsel.

10 Mr. Irving.

11          MR. ROWLEY:  All right, Your Honor.  John Rowley

12 for Mr. Navarro.

13          THE COURT:  Sorry, Mr. Rowley.

14          MR. ROWLEY:  Your Honor, as a preliminary matter,

15 I'd like to thank the Court for agreeing to hold this status

16 conference.  We were here 30 days ago after we had just been

17 retained by Mr. Navarro.  We were not up to speed on the

18 issues.  We're still gaining knowledge about the issues, but

19 we're in a better position, I think, than we were 30 days

20 ago.  So thank you very much, we really appreciate the

21 Court's courtesy.

22          Your Honor, with respect to the discovery issues,

23 we respectfully disagree that discovery has been

24 substantially completed.  Shortly after coming into this

25 matter on --

1          THE COURT:  Mr. Rowley, if I could interrupt you

2     for a moment.

3          Could I ask you to either just keep your voice up

4     or move the microphone.  I've got this blower above me and

5     I'm having a little trouble hearing you.

6          MR. ROWLEY:  Yes, sir.

7          Your Honor, we respectfully disagree that

8     discovery has been substantially completed.

9          Shortly after coming into this matter on June 27,

10    we issued a Rule 16 letter to the government.  That letter

11    had some nine pages of requests for information.

12         The government, at the arraignment, provided us

13    with some information, and then earlier this week on

14    July 11, it provided its response advising generally that it

15    had provided all discoverable information in its possession,

16    the possession of the prosecution team.

17         We believe we're unlikely to come to an agreement

18    over what is discoverable in this case and what constitutes

19    the prosecution team.

20         As we noted in our request to modify the

21    protective order --

22         THE COURT:  Can I interrupt -- if I could

23    interrupt you just to ask a question.

24         Is the dispute as to what is discoverable or what

25    you think the government actually has access to and should

1    be producing?

2            MR. ROWLEY:  Well, both, Your Honor.

3            THE COURT:  Okay.

4            MR. ROWLEY:  Both.

5            We believe that this matter is much more complex

6    than the government has indicated.

7            And as we noted in our request to modify the

8    protective order, even in the discovery we did receive from

9    the government, there was a reference to communications

10   between the Select Committee, the White House, and the

11   Justice Department that we submit may give rise to various

12   challenges to the government's prosecution of Mr. Navarro.

13           We're not now in a position to sufficiently

14   evaluate the merits of any such challenge, given that

15   we believe we do not yet have access to all the records that

16   we need to make a determination.  But in the interest of not

17   surprising the Court, we flagged this issue for your

18   awareness, sir.

19           We expect to respond to the government's

20   correspondence early next week and will bring to the Court's

21   attention promptly any areas where the parties are unable to

22   reach an agreement.

23           And then finally, sir, while we're not now asking

24   the Court to change the schedule in this case, we discussed

25   that at the arraignment, we do think that a September

1   hearing on motions to dismiss may prove premature.

2          While there are some motions we can bring now

3   because they don't rely on the receipt of discovery from the

4   government, others may require further discovery and motions

5   on the relevance of discovery, and we think it may be that

6   the hearing ends up being focused -- the September hearing

7   focused on discovery, rather than the substantive motions.

8          Your Honor, I can provide the Court with some

9   sense of the motions that we intend to file and issues that

10  we have if that would be helpful to the Court.

11         THE COURT:  Sure, why don't you preview that for

12  me and then let's talk about how we ought to handle whatever

13  disputes that might arise.

14         MR. ROWLEY:  Yes, sir.

15         Your Honor, this is a case of first impression.

16  We're aware of no case and do not believe that there is a

17  case where a senior adviser to the President has been

18  charged criminally for following the Executive's directives

19  to not respond to a congressional subpoena.

20         We believe that while Mr. Navarro served as a

21  senior adviser to President Trump for all four years of his

22  term, and no one in his position has ever been prosecuted

23  for criminal contempt of Congress for following a

24  Presidential direction to not respond to a congressional

25  subpoena.

1           As I'm sure the Court is aware, the Office of

2  Legal Counsel for the last 50 years or more and under both

3  Democrat and Republican administrations has uniformly stated

4  that there is no basis, no basis, for criminal exposure when

5  executive privilege is properly invoked.

6           This is an exceedingly complex case, Your Honor,

7  involving separation of powers.  In essence, it's a dispute

8  between the Office of the President and Congress.  And

9  Mr. Navarro has been caught in the horns of the dilemma.  He

10  can either follow the directions he received from

11  President Trump or risk prosecution, and unfortunately we're

12  in that latter situation at the moment.  We plan to fully

13  brief that issue and present it to the Court for a decision.

14           With respect to discovery, Your Honor, I've

15  also -- I've already touched on some of that, but one of the

16  motions we may well file, depending upon the discovery that

17  we received prior to the filing of our motions on August 17,

18  is one for selective prosecution.

19           We know, Your Honor, that Mr. Meadows and

20  Mr. Scavino have not been prosecuted; they received

21  declination letters from the Justice Department to that

22  effect.  We believe that those two people are similarly

23  situated to Mr. Navarro, and yet he has been prosecuted

24  criminally and they have not.

25           I would point out to the Court that there seems to

1    be some degree of animus directed by the government against

2    Mr. Navarro.

3            The Court is aware of the circumstances of his

4    arrest.  The FBI knew where he was located, had spoken with

5    him the day before.  His condominium is literally across the

6    street from FBI headquarters.  The FBI had been to that

7    location, and yet they waited for him to go to National

8    airport to board a plane, they arrested him.  The intent was

9    to humiliate him.  They put him in leg irons.  That in

10   itself, Your Honor, I believe, shows a certain amount of

11   animus that the government has towards Mr. Navarro that

12   apparently is not present with respect to other individuals.

13           THE COURT:  If I could just interrupt for a

14   moment.

15           We haven't yet talked about that, and I don't know

16   whether this is the appropriate time to.  I mean, it is

17   curious to me, at a minimum, why the government treated

18   Mr. Navarro's arrest in the way that it did.

19           Look, this is not -- yes, it is a federal crime,

20   but it is not a violent crime.  I understand Mr. Navarro had

21   been in communication with the FBI, if not with the

22   prosecution team, prior to his arrest.

23           Anyway, it's surprising to me that self-surrender

24   was not offered as an opportunity.  But in any event.

25           MR. ROWLEY:  I very much agree with that,

1   Your Honor.  To my experience as a formal federal
2   prosecutor, I've never seen anything like that happen before
3   in a misdemeanor case, including a non-violent misdemeanor
4   case.

5          Your Honor, the last matter I'd like to touch on
6   is the potential that political influence -- undue political
7   influence is affecting this prosecution.

8          We're not prepared at this time to allege that the
9   White House unduly influenced the Justice Department to
10  prosecute Mr. Navarro; however, there do seem to be
11  indications that could be the case and we plan to file a
12  motion for discovery on that issue.

13         Just one example, Your Honor.  We know that
14  President Biden has publicly said that anyone who did not
15  respond to a subpoena from the J6 Committee should be
16  criminally prosecuted.  We think that was highly
17  inappropriate, Your Honor, and may show a level of political
18  influence that is inappropriate in a case like this.

19         So these are some of the issues we intend to touch
20  on.  We'll need further discovery on almost all of those
21  issues.  And we'll try to work out those issues with the
22  government, to the extent possible, and come back to the
23  Court if we're not able.

24              THE COURT:  Okay.

25              All right.  Well, let's just pause for a moment

1    and see exactly -- in terms of schedule and what you're

2    contemplating.

3              When did you expect that you would be able to

4    respond to the government's -- or reply to the government's

5    response?

6              MR. ROWLEY:  We intend to do that Tuesday,

7    Wednesday next week, sir.

8              THE COURT:  Okay.

9              Look, here's what I would like to do, and I would

10   welcome counsel's cooperation, which is, the sooner you all

11   come to loggerheads about whatever it is that you cannot

12   agree upon and the sooner you let me know that, the better

13   off we'll all be, because I can get you on the schedule,

14   whether it's through briefing or just having an oral

15   argument about the issues and trying to hash it out, with

16   relative speed.

17             So if you're in a position to send your response

18   back next week, ideally you all will have met and conferred

19   orally by the end of the week, so that puts us at sort of

20   the week of the 25th, and so I'd ask counsel to -- you can

21   just simply contact chambers and let me know if there are

22   remaining disputes and then we can talk about the best way

23   forward in terms of trying to resolve them.

24             MR. ROWLEY:  Yes, Your Honor.

25

1          THE COURT:  Okay?

2          And then you had also suggested, and maybe this is

3   part of what you've already referenced, but that you think

4   that there are some documents that are -- put it

5   differently, that you have a broader view of what

6   constitutes the prosecution team than what the government

7   may have.  And can you just elaborate on what you mean by

8   that?

9          MR. ROWLEY:  Well, to some extent, Your Honor,

10  that implicates the possibility of undue political influence

11  and who is on the prosecution team.

12          Typically, the government's prosecution team

13  includes the prosecutors and the investigating agents.

14  It may very well be here, Your Honor, that there are --

15  because of the communications between the Select Committee

16  and the White House, it may be that it would be appropriate

17  to look at the prosecution team in a broader way in this

18  case.  We're not ready to allege that, Your Honor, we don't

19  want to allege anything that is not alleged in good faith,

20  but we think that there is some indication that may be the

21  case and we'd like to take discovery on that issue.

22          THE COURT:  Okay.  All right.  We'll talk about

23  that when -- if and when it comes to pass that we need to.

24          All right.  Any other issues other than the

25  protective order you want to raise, Mr. Rowley?

1          MR. ROWLEY:  I believe that's all we have for now,

2    Your Honor.  Thank you.

3          THE COURT:  All right.  Terrific.

4          Why don't we hear from government counsel either

5    in response to the discovery matters that have just been

6    alluded to or -- in addition to getting your view on the

7    protective order modification request.

8          MS. ALOI:  Thank you, Your Honor.

9          With regard to the discovery matters that were

10   just raised, we are happy to have a constructive discussion

11   with defense counsel.  I would just note that as defined as

12   the prosecutors and investigators, we provided all discovery

13   under our custody or control.

14          So with regard to the motion that was filed last

15   night, the defense did not confer with the government on it

16   but we did have the opportunity to review it this morning.

17          And I just wanted to draw to defense and court's

18   attention that the material that has been provided that has

19   been marked sensitive is limited to the grand jury

20   transcripts and personal identifying information.  So to the

21   extent that the motion suggests that interview reports could

22   not be shared with potential witnesses, that is simply

23   incorrect.

24          And with that information, the government would

25   oppose the motion and states that there's no basis contained

1   within it to share grand jury transcripts with third

2   parties.

3           THE COURT:  Okay.

4           So you actually answered a question that I had but

5   had not yet asked, which is, it was unclear to me why the

6   particular material that was referenced in the motion was

7   deemed sensitive, when I thought the sensitivity was limited

8   simply to the personally identifying information, and I know

9   all of these types of documents have some personally

10  identifying information in them.  But beyond that, it wasn't

11  clear to me what might be sensitive about them, but you've

12  just said they aren't designated as sensitive.  Okay.

13          MS. ALOI:  Thank you.

14          THE COURT:  Well, let me then ask defense counsel,

15  Mr. Rowley, Mr. Irving, what your view now is in terms of a

16  need for an amendment, given the government's position on

17  the scope of the sensitive designation?

18          MR. IRVING:  Sorry.  If we could have one second.

19          THE COURT:  Sure.

20          (Defense counsel conferred off the record.)

21          MR. IRVING:  Your Honor, we do not have any

22  intention to show grand jury transcripts to potential

23  witnesses, but we would, however, like to discuss the

24  substance of those subjects with individuals.

25          I understand from the government that they may not

1  have an objection to that, and if that's the case, then I

2  suppose we don't have an issue.

3           THE COURT:  Okay.

4           I mean, we can get clarification on everyone's

5  understanding, but mine is that it is the documents that are

6  subject to the protective order, not the subject matters

7  that may be covered.

8           And so to the extent you want to interview a

9  witness and go over subject matter that you obviously would

10  need to go over in preparation of the defense, then I don't

11  think that's covered by the protective order.

12           MR. IRVING:  Okay.

13           THE COURT:  My understanding is you simply just

14  cannot show, for example, grand jury transcripts to someone

15  who's not sort of part of the defense team.

16           MR. IRVING:  Agreed, Your Honor, and we have no

17  intention of doing that.

18           THE COURT:  All right.

19           So are we then in agreement that there is no need

20  to modify the protective order in the way that's been

21  requested?

22           MR. IRVING:  I think so, Your Honor, yes.

23           THE COURT:  All right.  Terrific.

24           So we'll sort of deny the motion as moot, given

25  the parties' mutual understandings.

1          Okay.  So before we talk about sort of next steps,

2   does anybody have anything else that you'd like to raise

3   about any other topics?

4          MR. IRVING:  Not for us, Your Honor.

5          THE COURT:  Okay.

6          So our next date is -- a formal date to be

7   together is September 23rd, so that's some time away.  Why

8   don't we -- are you all here -- it's about a month off, are

9   you here the week of August the 8th just as a check-in?

10  And, frankly, we can do it remotely if you all would prefer

11  to do that.

12         MS. ALOI:  The government is available at the

13  Court's convenience.

14         MR. IRVING:  Your Honor, we're available the week

15  of the 8th but later towards the end of the week would be

16  good.

17         THE COURT:  Okay.

18         Could you all do 9:00 a.m. on August the 11th?

19  I'm supposed to be in trial that week, so that's the reason

20  for the early start; and if that goes away, I can push it

21  back but...

22         MS. ALOI:  Your Honor, would you be amenable to

23  doing that remote?

24         THE COURT:  Yeah, sure.

25         MS. ALOI:  Yeah.

1          MR. IRVING:  Your Honor, we would -- that works

2     for us, Your Honor, but we would prefer an in-person, if

3     possible.

4          THE COURT:  Okay.

5          Look, you know, I'm amenable to either.

6          So are you physically unavailable to be here on

7     the 11th?

8          MS. ALOI:  Some of the prosecution team is

9     physically unavailable to be here but the government can be

10    available on the 11th in person.

11         THE COURT:  Okay.  So when you say "some," so that

12    means there would be at least one prosecutor who's here?

13         MS. ALOI:  Yes, Your Honor.

14         THE COURT:  So let's do this.  I mean, as long as

15    there's one representative of the government who's in the

16    courtroom, if there are others who would like to join

17    remotely, we can facilitate that.  And then obviously the

18    defense team wants to be here in person, along with

19    Mr. Navarro and obviously that is -- we'll proceed in that

20    fashion, okay?

21         MR. IRVING:  Thank you, Your Honor.

22         THE COURT:  All right.

23         Have we discussed -- where are we on Speedy Trial?

24    I just don't remember.  We didn't even toll, right?  So

25    we're not tolling, that's correct?  Mr. Navarro is not

1    prepared to toll, correct?

2          Actually, I think we talked about this -- in any

3    event, I think the schedule essentially will take care of

4    some of the tolling issues, given the motions that you

5    intend to file.  And I think we set the trial in mind with

6    that at issue.  Okay.

7          All right.  So I guess we'll wait to hear from you

8    all the week of the 22nd, I think it was, as to whether

9    there are discovery disputes.

10          Just to let chambers know where you are, maybe we

11   can just get in a quick phone call to see whether it's

12   something that would require some briefing or whether we

13   should bring everything in the courtroom to orally hash it

14   out, which often can be an effective way to simply just get

15   to a decision on these things, rather than spending a lot of

16   time and expense on writing motions.

17          Okay.  Anything else, Counsel?

18          MR. IRVING:  No, Your Honor.  Thank you.

19          MS. ALOI:  No, Your Honor.

20          THE COURT:  All right.  Thank you, everybody.

21   We'll see you soon.

22          COURTROOM DEPUTY:  All rise.

23          The Court stands adjourned.

24          (Proceedings concluded at 10:24 a.m.)

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__August 4, 2022_____      _____

            William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [2]** 3/3 19/22
**MR. IRVING: [10]** 15/18 15/21 16/12 16/16 16/22 17/4 17/14 18/1 18/21 19/18
**MR. ROWLEY: [11]** 5/11 5/14 6/6 7/2 7/4 8/14 10/25 12/6 12/24 13/9 14/1
**MS. ALOI: [13]** 3/21 3/24 4/18 4/25 5/8 14/8 15/13 17/12 17/22 17/25 18/8 18/13 19/19 19/23
**THE COURT: [33]**

**1**

**10:03 [1]** 1/6
**10:24 [1]** 19/24
**11 [1]** 6/14
**11th [4]** 4/8 17/18 18/7 18/10
**1455 [1]** 1/18
**15 [1]** 1/5
**16 [2]** 4/19 6/10
**17 [1]** 9/17

**2**

**200 [2]** 1/4 3/4
**20001 [1]** 2/5
**20003 [1]** 1/15
**20004 [1]** 1/19
**202 [2]** 1/15 2/5
**2022 [1]** 1/5 20/7
**22-200 [2]** 1/4 3/4
**22039 [1]** 1/23
**22nd [1]** 19/8
**23rd [1]** 17/7
**252-7212 [1]** 1/15
**25th [1]** 12/20
**27 [1]** 6/9

**3**

**30 days [3]** 4/6 5/16 5/19
**301 [1]** 1/20
**3249 [1]** 2/5
**333 [1]** 2/4
**354-3249 [1]** 2/5

**4**

**400 [1]** 1/19
**402-8800 [1]** 1/24
**4th [1]** 1/14

**5**

**50 [1]** 9/2
**555 [1]** 1/14
**5670 [1]** 1/20

**6**

**6th [1]** 4/4

**7**

**703 [1]** 1/24
**7212 [1]** 1/15

**807-5670 [1]** 1/20
**8639 [1]** 1/22
**8800 [1]** 1/24
**8th [2]** 17/9 17/15

**9**

**9:00 [1]** 17/18

**A**

**a.m [3]** 1/6 17/18 19/24
**able [2]** 11/23 12/3
**about [12]** 5/18 8/12 10/15 12/11 12/15 12/22 13/22 15/11 17/1 17/3 17/8 19/2
**above [2]** 6/4 20/4
**above-titled [1]** 20/4
**access [2]** 6/25 7/15
**account [1]** 4/10
**across [1]** 10/5
**actually [3]** 6/25 15/4 19/2
**add [1]** 5/7
**addition [4]** 4/7 14/6
**additional [1]** 4/7
**adjourned [1]** 19/23
**administrations [1]** 9/3
**adviser [2]** 8/17 8/21
**advising [1]** 6/14
**affecting [1]** 11/7
**after [3]** 5/16 5/24 6/9
**against [1]** 10/1
**agents [1]** 13/13
**ago [2]** 5/16 5/20
**agree [3]** 4/5 10/25 12/12
**Agreed [1]** 16/16
**agreeing [1]** 5/15
**agreement [3]** 6/17 7/22 16/19
**aided [1]** 2/7
**airport [1]** 10/8
**all [27]**
**All right [3]** 16/18 16/23 18/22
**allege [3]** 11/8 13/18 13/19
**alleged [1]** 13/19
**allocution [1]** 4/6
**alluded [1]** 14/6
**almost [1]** 11/20
**Aloi [2]** 1/13 3/6
**along [1]** 18/18
**already [3]** 4/16 9/15 13/3
**also [3]** 4/11 9/15 13/2
**amenable [2]** 17/22 18/5
**amendment [1]** 15/16
**AMERICA [2]** 1/3 3/4
**AMIT [1]** 1/10
**amount [1]** 4/10
**animus [2]** 10/1 10/11
**Ann [1]** 1/13
**answered [1]** 15/4
**anticipate [1]** 5/1

**10/24 13/24 15/21 17/3 19/2
**anybody [1]** 17/2
**anyone [1]** 11/14
**anything [6]** 4/23 5/6 11/2 13/19 17/2 19/17
**Anyway [1]** 10/23
**apparently [1]** 10/12
**APPEARANCES [2]** 1/12 2/1
**appearing [1]** 3/8
**appreciate [1]** 5/20
**appropriate [2]** 10/16 13/16
**are [18]** 7/21 8/2 9/22 11/19 12/21 13/4 13/4 13/14 14/10 16/5 16/19 17/8 17/8 18/6 18/16 18/23 19/9 19/10
**areas [1]** 7/21
**aren't [1]** 15/12
**argument [1]** 12/15
**arise [1]** 8/13
**arraignment [2]** 6/12 7/25
**arrest [3]** 10/4 10/18 10/22
**arrested [1]** 10/8
**as [17]** 4/22 5/14 6/20 6/24 7/7 8/20 9/1 10/24 11/1 14/11 14/11 15/12 16/24 17/9 18/14 18/14 19/5
**ask [4]** 6/3 6/23 12/20 15/14
**asked [1]** 15/5
**asking [1]** 7/23
**attention [2]** 7/21 14/18
**ATTORNEY'S [1]** 1/13
**August [4]** 9/17 17/9 17/18 20/7
**available [1]** 17/12 17/14 18/10
**Avenue [2]** 1/18 2/4
**aware [3]** 8/16 9/1 10/3
**awareness [1]** 7/18
**away [2]** 17/7 17/20

**B**

**back [3]** 11/22 12/18 17/21
**Barrett [1]** 2/4
**basis [3]** 9/4 9/4 14/25
**be [28]**
**because [3]** 8/3 12/13 13/15
**been [14]** 5/16 5/23 6/8 8/17 8/22 9/9 9/20 9/23 10/6 10/21 14/5 14/18 14/19 16/20
**before [4]** 1/10 10/5 11/2 17/1
**being [1]** 8/6
**believe [8]** 6/17 7/5 7/15 8/16 8/20 9/22 10/10 14/1

**best [1]** 12/22
**better [2]** 5/19 12/12
**between [3]** 7/10 9/8 13/15
**beyond [1]** 15/10
**Biden [1]** 11/14
**blower [1]** 6/4
**board [1]** 10/8
**both [3]** 7/2 7/4 9/2
**brief [1]** 9/13
**briefing [2]** 12/14 19/12
**bring [3]** 7/20 8/2 19/13
**broader [2]** 13/5 13/17

**C**

**call [1]** 19/11
**can [17]** 3/15 4/16 6/22 8/2 8/8 9/10 12/13 12/20 12/22 13/7 16/4 17/10 17/20 18/9 18/17 19/11 19/14
**cannot [2]** 12/11 16/14
**cap [1]** 4/5
**captures [1]** 5/2
**capturing [1]** 5/4
**care [1]** 19/3
**case [14]** 3/4 6/18 7/24 8/15 8/16 8/17 9/6 11/3 11/4 11/11 11/18 13/18 13/21 16/1
**caught [1]** 9/9
**certain [1]** 10/10
**Certified [1]** 20/2
**certify [1]** 20/2
**CH [1]** 2/4
**challenge [1]** 7/14
**challenges [1]** 7/12
**chambers [2]** 12/21 19/10
**chance [1]** 3/14
**change [1]** 7/24
**charged [1]** 8/18
**Chase [1]** 1/22
**check [1]** 17/9
**check-in [1]** 17/9
**Circle [1]** 1/22
**circumstances [1]** 10/3
**clarification [1]** 16/4
**clear [1]** 15/11
**collected [1]** 5/2
**COLUMBIA [2]** 1/1 1/14
**come [3]** 6/17 11/22 12/11
**comes [1]** 13/23
**coming [2]** 5/24 6/9
**Committee [4]** 4/4 7/10 11/15 13/15
**communication [1]** 10/21
**communications [2]** 7/9 13/15
**completed [2]** 5/24 6/8
**complex [2]** 7/5 9/6

**comply [1]** 4/3
**computer [1]** 2/7
**computer-aided [1]** 2/7
**concluded [1]** 19/24
**condominium [1]** 10/5
**confer [1]** 14/15
**conference [3]** 1/9 3/12 5/16
**conferred [1]** 12/18 15/20
**Congress [2]** 8/23 9/8
**congressional [2]** 8/19 8/24
**constitutes [2]** 6/18 13/6
**Constitution [1]** 2/4
**constructive [1]** 14/10
**contact [1]** 12/21
**contained [1]** 14/25
**contemplating [1]** 12/2
**contempt [1]** 8/23
**content [1]** 5/3
**CONTINUED [1]** 2/1
**control [2]** 4/20 14/13
**convenience [1]** 17/13
**cooperation [1]** 12/10
**correct [3]** 18/25 19/1 20/3
**correspondence [1]** 7/20
**could [8]** 6/1 6/3 6/22 10/13 11/11 14/21 15/18 17/18
**counsel [10]** 3/10 3/20 5/9 9/2 12/20 14/4 14/11 15/14 15/20 19/17
**counsel's [1]** 12/10
**count [1]** 4/3
**COURT [11]** 1/1 2/2 2/3 5/15 7/17 7/24 8/8 8/10 9/1 9/13 9/25 10/3 11/23 19/23
**court's [4]** 5/21 7/20 14/17 17/13
**courtesy [1]** 5/21
**courtroom [2]** 18/16 19/13
**covered [2]** 16/7 16/11
**CR [1]** 1/4
**crime [2]** 10/19 10/20
**criminal [3]** 3/4 8/23 9/4
**criminally [3]** 8/18 9/24 11/16
**CRR [2]** 20/2 20/8
**curious [1]** 10/17
**custody [1]** 14/13

**D**

**D.C [4]** 1/5 1/15 1/19 2/5
**date [3]** 17/6 17/6 20/7
**day [1]** 10/5
**days [3]** 4/6 5/16 5/19
**decision [2]** 9/13 19/15
**declination [1]** 9/21

**D**

deemed [1] 15/7
defendant [5] 1/7 1/17 3/8 3/14 4/8
defendant's [2] 4/9 4/11
defense [11] 3/7 3/20 5/9 14/11 14/15 14/7 15/14 15/20 16/10 16/15 18/18
defined [1] 14/11
degree [1] 10/1
demands [1] 4/12
Democrat [1] 9/3
deny [1] 16/24
Department [4] 4/5 7/11 9/21 11/9
depending [1] 9/16
derived [1] 4/10
designated [1] 15/12
designation [1] 15/17
determination [1] 7/16
did [8] 3/13 4/1 7/8 10/18 11/14 12/3 14/15 14/16
did you [1] 12/3
didn't [1] 14/9
differently [1] 13/5
dilemma [1] 9/9
directed [1] 10/1
direction [1] 8/24
directions [1] 9/10
directives [1] 8/18
disagree [2] 5/23 6/7
disclosures [1] 3/18
discoverable [3] 6/15 6/18 6/24
discovery [20] 3/18 4/7 4/11 5/22 5/23 6/8 7/8 8/3 8/4 8/5 8/7 9/14 9/16 11/12 11/20 13/21 14/5 14/9 14/12 19/9
discuss [2] 3/15 15/23
discussed [2] 7/24 18/23
discussion [1] 14/10
dismiss [1] 8/1
dispute [2] 6/24 9/7
disputes [3] 8/13 12/22 19/9
DISTRICT [4] 1/1 1/1 1/10 1/14
do [11] 7/15 7/25 8/16 11/10 12/6 12/9 15/21 17/10 17/11 17/18 18/14
documents [3] 13/4 15/9 16/5
does [1] 17/2
doing [2] 16/17 17/23
don't [11] 3/17 5/9 8/3 8/11 10/15 13/18 14/4 16/2 16/10 17/8 18/24
draw [1] 14/17

**E**

earlier [1] 6/13
early [2] 7/20 17/20

effect [1] 9/22
effective [1] 19/14
either [5] 4/3 6/3 9/10 14/4 18/5
elaborate [1] 13/7
Elizabeth [2] 1/13 3/6
elizabeth.aloi [1] 1/16
else [4] 4/23 5/6 17/2 19/17
Email [3] 1/16 1/20 1/24
end [4] 4/13 12/19 17/15
ends [1] 8/6
essence [1] 9/7
essentially [1] 19/3
evaluate [1] 7/14
even [2] 7/8 18/24
event [2] 10/24 19/3
ever [1] 8/22
everybody [1] 19/20
everyone [1] 3/2
everyone's [1] 16/4
everything [1] 19/13
exactly [1] 12/1
example [2] 11/13 16/14
exceedingly [1] 9/6
executive [1] 9/5
Executive's [1] 8/18
expect [3] 5/2 7/19 12/3
expense [1] 19/16
experience [1] 11/1
exposure [1] 9/4
extend [1] 4/1
extent [5] 3/15 11/22 13/9 14/21 16/8

**F**

facilitate [1] 18/17
Fairfax [1] 1/23
faith [1] 13/19
fashion [1] 18/20
FBI [6] 5/1 5/4 10/4 10/6 10/6 10/21
federal [1] 10/19 11/1
file [4] 8/9 9/16 11/11 19/5
filed [2] 3/14 14/14
filing [1] 9/17
finally [1] 7/23
first [1] 8/15
flagged [1] 7/17
focused [2] 8/6 8/7
follow [1] 9/10
following [2] 8/18 8/23
foregoing [1] 20/3
formal [2] 11/1 17/6
forthcoming [1] 5/3
forward [1] 12/23
four [1] 8/21
frankly [1] 17/10
fully [1] 9/12
further [2] 8/4 11/20

**G**

gaining [1] 5/18
generally [1] 6/14
get [5] 3/13 12/13 16/4 19/11 19/14
getting [1] 14/6
give [1] 7/11
given [4] 7/14 15/16 16/24 19/4
Glen [1] 1/22
go [3] 10/7 16/9 16/10
goes [1] 17/20
good [6] 3/3 3/10 3/11 3/21 13/19 17/16
good morning [4] 3/3 3/10 3/11 3/21
Google [1] 4/10
got [1] 6/4
government [25]
government's [6] 7/12 7/19 12/4 12/4 13/12 15/16
grand [5] 4/17 14/19 15/1 15/22 16/14
guess [1] 19/7

**H**

had [11] 3/14 3/14 5/16 6/11 6/15 10/4 10/6 10/20 13/2 15/4 15/5
handle [1] 8/12
happen [1] 11/3
happy [1] 14/10
has [5] 3/16 5/1 5/23 6/8 6/25 7/6 8/17 8/22 9/3 9/9 9/23 10/11 11/14 14/18 14/18
hash [2] 12/15 19/13
have [22]
haven't [1] 10/15
having [2] 6/5 12/14
he [4] 9/9 9/10 9/23 10/4
headquarters [1] 10/6
hear [1] 14/4 19/7
hearing [4] 6/5 8/1 8/6 8/6
helpful [1] 8/10
here [11] 3/12 4/1 4/22 5/16 13/14 17/8 17/9 18/6 18/9 18/12 18/18
here's [1] 12/9
highly [1] 11/16
him [5] 10/5 10/7 10/8 10/9 10/9
his [7] 4/10 5/3 8/21 8/22 10/3 10/5 10/22
hold [1] 5/15
Honor [38]
HONORABLE [1] 1/10
horns [1] 9/9
House [3] 7/10 11/9 13/16
how [1] 8/12
however [2] 11/10 15/23
humiliate [1] 10/9

I believe [2] 10/10 14/1
I can [3] 8/8 12/13 17/20
I did [1] 3/13
I don't [1] 16/10
I guess [1] 19/7
I have [1] 3/14
I just [1] 14/17
I know [1] 15/8
I mean [3] 10/16 16/4 18/14
I think [6] 4/13 5/19 19/2 19/3 19/5 19/8
I thought [1] 15/7
I understand [1] 10/20
I'd [3] 5/15 11/5 12/20
I'm [4] 6/5 9/1 17/19 18/5
I'm sure [1] 9/1
I've [4] 6/4 9/14 9/15 11/2
ideally [1] 12/18
identifying [3] 14/20 15/8 15/10
III [1] 1/21
implicates [1] 13/10
impression [1] 8/15
inappropriate [2] 11/17 11/18
includes [1] 13/13
including [1] 11/3
incorrect [1] 14/23
indicated [1] 7/6
indication [1] 13/20
indications [1] 11/11
individuals [2] 10/12 15/24
influence [1] 11/6 11/7 11/18 13/10
influenced [1] 11/9
information [8] 4/9 6/11 6/13 6/15 14/20 14/24 15/8 15/10
intend [4] 8/9 11/19 12/6 19/5
intent [1] 10/8
intention [2] 15/22 16/17
interest [1] 7/16
interrupt [4] 6/1 6/22 6/23 10/13
interview [1] 14/21 16/8
investigating [1] 13/13
investigators [1] 14/12
invoked [1] 9/5
involving [1] 9/7
irons [1] 10/9
Irving [4] 1/17 3/7 5/10 15/15
is [52]
issue [6] 7/17 9/13 11/12 13/21 16/2 19/6
issued [1] 6/10
issues [10] 5/18 5/18 5/22 8/9 11/19 11/21 11/21 12/15 13/24 19/4

It [29]
It may [1] 13/14
it would be [1] 13/16
it's [5] 9/7 10/23 12/14 17/8 19/11
its [2] 6/14 6/15
itself [1] 10/10
IV [1] 1/17

**J**

J6 [1] 11/15
January [1] 4/4
January 6th [1] 4/4
jirving1 [1] 1/20
John [5] 1/17 1/21 3/7 3/7 5/11
john.rowley [1] 1/25
join [1] 18/16
JPROWLEY [1] 1/22
jprowleylaw.com [1] 1/25
JUDGE [1] 1/10
July [3] 1/5 4/8 6/14
July 11 [1] 6/14
June [1] 6/9
jury [5] 4/17 14/19 15/1 15/22 16/14
just [21]
Justice [4] 4/5 7/11 9/21 11/9
Justice Department [1] 11/9

**K**

keep [1] 6/3
knew [1] 10/4
know [8] 9/19 10/15 11/13 12/12 12/21 15/8 18/5 19/10
knowledge [1] 5/18

**L**

last [5] 3/14 3/25 9/2 11/5 14/14
later [1] 17/15
latter [1] 9/12
LAW [2] 1/18 1/22
least [2] 4/22 18/12
leg [1] 10/9
Legal [1] 9/2
let [4] 12/12 12/21 15/14 19/10
let's [3] 8/12 11/25 17/9
letter [2] 6/10 6/10
letters [1] 9/21
level [1] 11/17
like [11] 4/14 5/7 5/15 11/2 11/5 11/18 12/9 13/21 15/23 17/2 18/16
limited [2] 14/19 15/7
literally [1] 10/5
little [1] 6/5
LLC [1] 1/18
located [1] 10/4
location [1] 10/7
loggerheads [1] 12/11
long [1] 18/14

**L**

look [4]  10/19 12/9
13/17 18/5
lot [1]  19/15

**M**

made [1]  3/25
majority [1]  4/8
make [1]  7/16
marked [1]  14/19
mask [1]  3/22
material [6]  4/9 4/17
4/19 5/1 14/18 15/6
matter [8]  3/13 5/14
5/25 6/9 7/5 11/5 16/9
20/4
matters [4]  3/19 14/5
14/9 16/6
may [14]  3/22 3/23
7/11 8/1 8/4 8/5 9/16
11/17 13/7 13/14 13/16
13/20 15/25 16/7
maybe [2]  13/2 19/10
me [10]  4/16 6/4 8/12
10/17 10/23 12/12
12/21 15/5 15/11 15/14
Meadows [1]  9/19
mean [4]  10/16 13/7
16/4 18/14
means [1]  18/12
mechanical [1]  2/7
media [1]  5/2
MEHTA [1]  1/10
Merit [1]  2/2
merits [1]  7/14
met [1]  12/18
microphone [1]  6/4
might [2]  8/13 15/11
mind [1]  19/5
mine [1]  16/5
minimum [2]  4/6 10/17
misdemeanor [2]  11/3
11/3
modification [1]  14/7
modify [3]  6/20 7/7
16/20
moment [6]  3/16 4/15
6/2 9/12 10/14 11/25
month [1]  17/8
moot [1]  16/24
more [2]  7/5 9/2
morning [5]  3/3 3/10
3/11 3/21 14/16
motion [8]  3/13 4/14
11/12 14/14 14/21
14/25 15/6 16/24
motions [9]  8/1 8/2 8/4
8/7 8/9 9/16 9/17 19/4
19/16
move [1]  6/4
Mr. [24]
Mr. Irving [2]  5/10
15/15
Mr. Meadows [1]  9/19
Mr. Navarro [14]  3/11
4/1 5/12 5/17 7/12 8/20
9/9 9/23 10/2 10/11
10/20 11/10 18/19

Mr. Navarro's [2]  5/2
10/18
Mr. Rowley [4]  5/13
6/1 13/25 15/15
Mr. Scavino [1]  9/20
much [5]  5/20 7/5
10/25
mutual [1]  16/25
my [3]  3/22 11/1 16/13

**N**

National [1]  10/7
NAVARRO [16]  1/6 3/5
3/11 4/1 5/12 5/17 7/12
8/20 9/9 9/23 10/2
10/11 10/20 11/10
18/19 18/25
Navarro's [2]  5/2 10/18
need [6]  7/16 11/20
12/23 15/16 16/10
16/19
needs [2]  4/23 4/24
never [1]  11/2
next [5]  7/20 12/7
12/18 17/1 17/6
night [2]  3/14 14/15
nine [1]  6/11
no [12]  1/4 3/4 5/8 8/16
8/22 9/4 9/4 14/25
16/16 16/19 19/18
19/19
non [1]  11/3
non-violent [1]  11/3
not [30]
note [1]  14/11
noted [2]  6/20 7/7
now [6]  4/14 7/13 7/23
8/2 14/1 15/15
NW [3]  1/14 1/18 2/4

**O**

objection [1]  16/1
obtain [1]  4/24
obviously [6]  16/9
18/17 18/19
off [3]  12/13 15/20 17/8
offer [2]  4/1 4/3
offered [1]  10/24
OFFICE [1]  1/13 9/1
9/8
Official [1]  2/3
often [1]  19/14
okay [21]
one [8]  4/15 8/22 9/15
9/18 11/13 15/18 18/12
18/15
only [1]  4/25
opportunity [2]  10/24
14/16
oppose [1]  14/25
oral [1]  12/14
orally [2]  12/19 19/13
order [7]  6/21 7/8
13/25 14/7 16/6 16/11
16/20
other [5]  3/18 10/12
13/24 13/24 17/3

ought [1]  8/12
our [8]  4/5 4/13 4/19
6/20 7/7 9/17 14/13
17/6
out [4]  9/25 11/21
12/15 19/14
outstanding [1]  4/17
over [5]  4/16 4/18 6/18
16/9 16/10
own [3]  4/9 5/2 5/3

**P**

pages [1]  6/11
part [2]  13/3 16/15
particular [1]  15/6
parties [2]  7/21 15/2
parties' [1]  16/25
pass [1]  13/23
pause [1]  11/25
Pennsylvania [1]  1/18
people [1]  9/22
person [4]  3/8 18/2
18/10 18/18
personal [1]  14/20
personally [2]  15/8
15/9
PETER [2]  1/6 3/5
phone [1]  19/11
physically [2]  18/6
18/9
Plaintiff [1]  1/4
plan [2]  9/12 11/11
plane [1]  10/8
plea [2]  4/1 4/3
Please [1]  3/2
PLLC [1]  1/22
point [1]  9/25
political [4]  11/6 11/6
11/17 13/10
position [5]  5/19 7/13
8/22 12/17 15/16
possession [3]  4/19
6/15 6/16
possibility [1]  13/10
possible [2]  11/22 18/3
potential [1]  11/6
14/22 15/22
powers [1]  9/7
prefer [2]  17/10 18/2
preliminary [1]  5/14
premature [1]  8/1
preparation [1]  16/10
prepared [2]  11/8 19/1
present [2]  9/13 10/12
President [5]  8/17 8/21
9/8 9/11 11/14
President Trump [1]
9/11
Presidential [1]  8/24
Prettyman [1]  2/4
preview [1]  8/11
prior [2]  9/17 10/22
privilege [1]  9/5
proceed [1]  18/19
proceedings [5]  1/9
2/7 3/9 19/24 20/4
produce [1]  3/22

producing [1]  7/1
production [3]  4/9
4/24 4/25
progress [1]  3/25
promptly [1]  7/21
properly [1]  9/5
prosecute [1]  11/10
prosecuted [4]  8/22
9/20 9/23 11/16
prosecution [12]  6/16
6/19 7/12 9/11 9/18
10/22 11/7 13/6 13/11
13/12 13/17 18/8
prosecutor [2]  11/2
18/12
prosecutors [2]  13/13
14/12
protective [7]  6/21 7/8
13/25 14/7 16/6 16/11
16/20
prove [1]  8/1
provide [1]  8/8
provided [5]  6/12 6/14
6/15 14/12 14/18
publicly [1]  11/14
push [1]  17/20
put [2]  10/9 13/4
puts [1]  12/19

**Q**

question [2]  6/23 15/4
quick [1]  19/11

**R**

raise [3]  3/19 13/25
17/2
raised [1]  14/10
rather [2]  8/7 19/15
reach [1]  7/22
reaction [1]  3/16
ready [1]  13/18
really [1]  5/20
Realtime [1]  2/3
reason [1]  17/19
receipt [1]  8/3
receive [1]  7/8
received [3]  9/10 9/17
9/20
record [2]  15/20 20/3
recorded [1]  2/7
records [1]  7/15
reference [1]  7/9
referenced [2]  13/3
15/6
regard [2]  14/9 14/14
Registered [1]  2/2
rejected [1]  4/2
relative [1]  12/16
relevance [1]  8/5
rely [1]  8/3
remaining [1]  12/22
remember [1]  18/24
remind [1]  4/10
remote [1]  17/23
remotely [2]  17/10
18/17
remove [1]  3/22

reply [1]  12/4

Reporter [4]  2/2 2/2
2/3 2/3
reports [1]  14/21
representative [1]
18/15
Republican [1]  9/3
request [3]  6/20 7/7
14/7
requested [1]  16/21
requests [1]  6/1
require [2]  8/4 19/12
resolve [1]  12/23
respect [3]  5/22 9/14
10/12
respectfully [2]  5/23
6/7
respond [5]  7/19 8/19
8/24 11/15 12/4
responded [1]  4/11
response [6]  6/14 12/5
12/17 14/5
retained [1]  5/17
review [3]  3/15 14/16
14/16
right [12]  5/6 5/11
11/25 13/22 13/24 14/3
16/18 16/23 18/22
18/24 19/7 19/20
rise [2]  7/11 19/22
risk [1]  9/11
RMR [2]  20/2 20/8
Rowley [7]  1/21 3/7
5/11 5/13 6/1 13/25
15/15
Rule [2]  4/19 6/10
Rule 16 [2]  4/19 6/10

**S**

said [2]  11/14 15/12
satisfaction [1]  4/4
say [1]  18/11
Scavino [1]  9/20
schedule [2]  7/24 12/1
12/13 19/3
scope [1]  15/17
seated [1]  3/2
second [1]  15/18
see [4]  3/13 12/1 19/11
19/21
seem [1]  11/10
seems [1]  9/25
seen [1]  11/2
Select [2]  7/10 13/15
selective [1]  9/18
self [1]  10/23
self-surrender [1]
10/23
send [1]  12/17
senior [2]  8/17 8/21
sense [1]  8/9
sensitive [5]  14/19
15/7 15/11 15/12 15/17
sensitivity [1]  15/7
sent [1]  4/7
separation [1]  9/7
September [3]  7/25 8/6
17/7
served [1]  8/20

**S**

**set [1]** 19/5
**share [1]** 15/1
**shared [1]** 14/22
**Shortly [2]** 5/24 6/9
**should [3]** 6/25 11/15 19/13
**show [3]** 11/17 15/22 16/14
**shows [1]** 10/10
**similarly [1]** 9/22
**simply [5]** 12/21 14/22 15/8 16/13 19/14
**since [1]** 3/25
**sir [6]** 3/11 6/6 7/18 7/23 8/14 12/7
**sit [1]** 4/22
**situated [1]** 9/23
**situation [1]** 9/12
**so [26]**
**social [1]** 5/2
**some [17]** 3/25 6/11 6/13 8/2 8/8 9/15 10/1 11/19 13/4 13/9 13/20 15/9 17/7 18/8 18/11 19/4 19/12
**someone [1]** 16/14
**something [1]** 19/12
**soon [1]** 19/21
**sooner [2]** 12/10 12/12
**Sorry [2]** 5/13 15/18
**sort [5]** 4/22 12/19 16/15 16/24 17/1
**speaking [1]** 3/22
**speed [2]** 5/17 12/16
**Speedy [1]** 18/23
**spending [1]** 19/15
**spoken [1]** 10/4
**stand [2]** 3/13 3/18
**stands [1]** 19/23
**start [2]** 3/17 17/20
**stated [1]** 9/3
**states [5]** 1/1 1/3 1/10 3/4 14/25
**Station [1]** 1/23
**status [3]** 1/9 3/12 5/15
**stenography [1]** 2/7
**steps [1]** 17/1
**still [3]** 4/17 4/23 5/18
**street [2]** 1/14 10/6
**subject [3]** 16/6 16/6 16/9
**subjects [1]** 15/24
**submit [1]** 7/11
**subpoena [4]** 4/4 8/19 8/25 11/15
**substance [1]**
**substantially [2]** 5/24 6/8
**substantive [1]** 8/7
**such [1]** 7/14
**sufficiently [1]** 7/13
**suggested [1]** 13/2
**suggests [1]** 14/21
**Suite [1]** 1/19
**suppose [1]** 16/2
**supposed [1]** 17/19
**sure [4]** 8/11 9/1 15/19
**surprising [2]** 7/17 10/23
**surrender [1]** 10/23

**T**

**take [2]** 13/21 19/3
**talk [4]** 8/12 12/22 13/22 17/1
**talked [2]** 10/15 19/2
**team [10]** 6/16 6/19 10/22 13/6 13/11 13/12 13/17 16/15 18/8 18/18
**term [1]** 8/22
**terms [4]** 3/18 12/1 12/23 15/15
**Terrific [1]** 14/3 16/23
**than [6]** 5/19 7/6 8/7 13/6 13/24 19/15
**thank [11]** 3/21 3/24 5/8 5/15 5/20 14/2 14/8 15/13 18/21 19/18 19/20
**thank you [8]** 3/21 3/24 5/20 14/2 14/8 18/21 19/18 19/20
**that [111]**
**that's [7]** 14/1 16/1 16/11 16/20 17/7 17/19 18/25
**them [3]** 12/23 15/10 15/11
**then [12]** 3/19 4/22 6/13 7/23 8/12 12/22 13/2 15/14 16/1 16/10 16/19 18/17
**there [15]** 4/23 7/9 8/2 8/16 9/4 9/25 11/10 12/21 13/4 13/14 13/20 16/19 18/12 18/16 19/9
**there's [2]** 14/25 18/15
**these [4]** 3/8 11/19 15/9 19/15
**they [8]** 8/3 9/20 9/24 10/7 10/8 10/9 15/12 15/25
**things [3]** 3/13 3/17 19/15
**think [14]** 4/13 5/19 6/25 7/25 8/5 11/16 13/3 13/20 16/11 16/22 19/2 19/3 19/5 19/8
**third [1]** 15/1
**this [24]**
**those [4]** 9/22 11/20 11/21 15/24
**thought [1]** 15/7
**through [1]** 12/14
**time [5]** 4/19 10/16 11/8 17/7 19/16
**titled [1]** 20/4
**today [1]** 4/22
**together [1]** 17/7
**toll [2]** 18/24 19/1
**tolling [2]** 18/25 19/4
**topics [1]** 17/3
**touch [2]** 11/5 11/19
**touched [1]** 9/15

**towards [2]** 10/22 17/15
**transcript [3]** 1/9 2/7 20/3
**transcription [1]** 2/7
**transcripts [4]** 14/20 15/1 15/22 16/14
**treated [1]** 10/17
**trial [3]** 17/19 18/23 19/5
**trouble [1]** 6/5
**Trump [2]** 8/21 9/11
**try [1]** 11/21
**trying [2]** 12/15 12/23
**Tuesday [1]** 12/6
**turn [3]** 3/19 4/14 5/9
**turned [2]** 4/16 4/18
**two [1]** 9/22
**types [1]** 15/9
**Typically [1]** 13/12

**U**

**U.S [1]** 1/13
**unable [1]** 7/21
**unavailable [2]** 18/6 18/9
**unclear [1]** 15/5
**under [2]** 9/2 14/13
**understand [2]** 10/20 15/25
**understanding [2]** 16/5 16/13
**understandings [1]** 16/25
**undue [2]** 11/6 13/10
**unduly [1]** 11/9
**unfortunately [1]** 9/11
**uniformly [1]** 9/3
**UNITED [4]** 1/1 1/3 1/10 3/4
**United States of [1]** 3/4
**unless [1]** 4/13
**unlikely [1]** 6/17
**up [3]** 5/17 6/3 8/6
**update [1]** 4/13
**upon [2]** 9/16 12/12
**us [4]** 6/12 12/19 17/4 18/2
**usdoj.gov [1]** 1/16

**V**

**various [1]** 7/11
**vast [1]** 4/8
**verizon.net [1]** 1/20
**versus [1]** 3/5
**very [3]** 5/20 10/25 13/14
**view [3]** 13/5 14/6 15/15
**violent [2]** 10/20 11/3
**Virginia [1]** 1/23
**voice [1]** 6/3
**vs [1]** 1/5

**W**

**wait [1]** 19/7
**waited [1]** 10/7

**wanted [1]** 16/8
**wanted [1]** 14/17
**wants [1]** 18/18
**was [14]** 4/2 4/3 4/9 7/9 10/4 10/8 10/24 11/16 14/14 15/5 15/6 15/6 15/7 19/8
**Washington [4]** 1/5 1/15 1/19 2/5
**wasn't [1]** 15/10
**WATER [1]** 1/18
**way [5]** 10/18 12/22 13/17 16/20 19/14
**we [78]**
**we believe [2]** 6/17 7/15
**we'd [1]** 13/21
**we'll [9]** 3/19 11/20 11/21 12/13 13/22 16/24 18/19 19/7 19/21
**we're [13]** 3/12 5/18 5/19 6/17 7/23 7/23 8/16 9/11 11/8 11/23 13/18 17/14 18/25
**we've [1]** 3/25
**Wednesday [1]** 12/7
**week [1]** 6/13 7/20 12/7 12/18 12/19 12/20 17/9 17/14 17/15 17/19 19/8
**welcome [1]** 12/10
**well [6]** 7/2 9/16 11/25 13/9 13/14 15/14
**were [5]** 3/25 5/16 5/17 5/19 14/9
**what [12]** 6/18 6/18 6/24 6/24 12/1 12/9 13/3 13/5 13/6 13/7 15/11 15/15
**whatever [2]** 8/12 12/11
**when [6]** 9/4 12/3 13/23 13/23 15/7 18/11
**where [7]** 3/13 3/17 7/21 8/17 10/4 18/23 19/10
**whether [5]** 10/16 12/14 19/8 19/11 19/12
**which [4]** 4/2 12/10 15/5 19/14
**while [4]** 3/22 7/23 8/2 8/20
**White [3]** 7/10 11/9 13/16
**White House [1]** 7/10
**who [3]** 11/14 13/11 18/16
**who's [3]** 16/15 18/12 18/15
**why [7]** 3/17 5/9 8/11 10/17 14/4 15/5 17/7
**will [4]** 5/3 7/20 12/18 19/3
**William [2]** 2/2 20/2 20/8
**wishes [1]** 3/19
**within [1]** 15/1

**witness [1]** 16/9
**witnesses [2]** 14/22 15/23
**work [1]** 11/21
**works [1]** 18/1
**would [20]** 4/5 5/6 8/10 9/25 12/2 12/9 12/9 13/16 14/11 14/24 15/23 16/9 17/10 17/15 17/22 18/1 18/2 18/12 18/16 19/12
**writing [1]** 19/16

**Y**

**Yeah [2]** 17/24 17/25
**years [2]** 8/21 9/2
**yes [7]** 4/18 6/6 8/14 10/19 12/24 16/22 18/13
**yet [5]** 7/15 9/23 10/7 10/15 15/5
**you [50]**
**you'd [2]** 4/14 17/2
**you're [2]** 12/1 12/17
**you've [2]** 13/3 15/11
**your [43]**
**Your Honor [36]**

**Z**

**Zaremba [3]** 2/2 20/2 20/8