UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) Criminal No. 1:22-cr-00200-APM |
| v. | ) ) |
| PETER K. NAVARRO, | ) ) |
| Defendant. | ) ) |

### [PROPOSED] ORDER

Upon consideration of Defendant Peter K. Navarro's Motion for Leave to File Under Seal, it is this ___ day of August, 2022, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that an unredacted copy of Mr. Navarro's August 17, 2022, Motion to Dismiss the Indictment shall be FILED UNDER SEAL by the Clerk of the Court and that said documents shall be remained sealed until further order of the Court.

**SO ORDERED.**

 

                                            The Honorable Amit P. Mehta
                                            United States District Court Judge