# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) ) Criminal No. 1:22-cr-00200-APM |
| v. | ) ) |
| **PETER K. NAVARRO**, | ) ) |
| Defendant. | ) ) ) |

## ENTRY OF APPEARANCE OF COUNSEL

Notice is hereby given that Stan M. Brand of Brand Woodward Law, LP enters his appearance as counsel for Defendant, Dr. Peter K. Navarro.

Dated: August 31, 2022

Respectfully submitted,

      */s/ Stan M. Brand*      
Stan M. Brand (D.C. Bar No. 213082)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Peter K. Navarro*

## **CERTIFICATE OF SERVICE**

On August 31, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification to all parties of record.

Dated: August 31, 2022                    Respectfully submitted,

                                              */s/ Stan M. Brand*
                                    Stan M. Brand (D.C. Bar No. 213082)
                                    BRAND WOODWARD LAW, LP
                                    1808 Park Road NW
                                    Washington, DC  20010
                                    202-996-7447 (telephone)
                                    202-996-0113 (facsimile)
                                    Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Peter K. Navarro*