## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Criminal No. 1:22-cr-00200-APM** |
| **v.** ) | |
| ) | |
| **PETER K. NAVARRO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>DEFENDANT'S NOTICE OF REVISED EXHIBIT LIST</u>

Defendant Peter K. Navarro, by and through the undersigned counsel, hereby provides

notice of his revised Exhibit List (Att. A), along with a redline version (Att. B).


Dated: January 21, 2023          Respectfully Submitted,

E&W Law, LLC

     /s/ John S. Irving
John S. Irving (D.C. Bar No. 460068)
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20004
Telephone: (301) 807-5670
Email: john.irving@earthandwatergroup.com


SECIL LAW PLLC

     /s/ John P. Rowley, III
John P. Rowley, III  (D.C. Bar No. 392629)
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
Telephone: (703) 417-8652
Email: jrowley@secillaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **Criminal No. 1:23-cr-00200-APM** |
| v. | ) | |
| | ) | |
| **PETER K. NAVARRO,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

On January 21, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed via the CM/ECF system. A copy was electronically mailed to counsel for the government with the exhibits referenced herein.

_____/s/ John S. Irving_____
John S. Irving (D.C. Bar No. 460068)