IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Criminal No. 1:22-cr-00200-APM |
| v. | ) |
| PETER K. NAVARRO, | )<br>) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Dr. Navarro's Motion, it is this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED.**


**SO ORDERED.**


---
The Honorable Amit P. Mehta
United States District Court Judge