IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CR No. 22-200 |
| ) | Washington, D.C. |
| vs. ) | May 30, 2023 |
| ) | 10:57 a.m. |
| PETER K. NAVARRO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |


TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Elizabeth Ann Aloi
                             John Crabb, Jr.
                             U.S. ATTORNEY'S OFFICE
                             DISTRICT OF COLUMBIA
                             601 D Street, NW
                             Washington, D.C. 20001
                             (202) 252-7212
                             Email:
                             elizabeth.aloi@usdoj.gov
                             Email: John.D.Crabb@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:                John S. Irving, IV
                                  EARTH & WATER LAW LLC
                                  1455 Pennsylvania Avenue, NW
                                  Suite 400
                                  Washington, D.C. 20004
                                  (301) 807-5670
                                  Email: jirving1@verizon.net

                                  John P. Rowley, III
                                  JPROWLEY LAW PLLC
                                  8639 Chase Glen Circle
                                  Fairfax Station, VA 22039
                                  (703) 402-8800
                                  Email:
                                  john.rowley@jprowleylaw.com

                                  Stanley Edmund Woodward, Jr.
                                  BRAND WOODWARD LAW
                                  1808 Park Road NW
                                  Washington, D.C. 20010
                                  (202) 996-7447
                                  Email:
                                  stanley@brandwoodwardlaw.com

                                  Stanley McKennett Brand
                                  BRAND WOODWARD LAW
                                  3 Pebble Ridge Court
                                  Rockville, MD 20854
                                  (202) 258-6597
                                  Email: stanleymbrand@gmail.com

Court Reporter:                   William P. Zaremba
                                  Registered Merit Reporter
                                  Certified Realtime Reporter
                                  Official Court Reporter
                                  E. Barrett Prettyman CH
                                  333 Constitution Avenue, NW
                                  Washington, D.C. 20001
                                  (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

<pre>
 1                  P R O C E E D I N G S
 2          COURTROOM DEPUTY:  Good morning, Your Honor.
 3   This is Criminal Case No. 22-200, United States of America
 4   versus Peter K. Navarro.
 5             Elizabeth Aloi and John Crabb for the government.
 6             John Irving, John Rowley, and Stanley Woodward for
 7   the defense.
 8             The defendant is appearing in person for these
 9   proceedings.
10             MR. WOODWARD:  Good morning, Your Honor.
11   Mr. Brand is in the building; he'll be here shortly.
12             THE COURT:  All right.  It's good to have
13   everybody here.
14             So I think -- well, let me just ask:  Is there
15   anything we need to discuss other than setting of a trial
16   date?  Is that the primary purpose for our gathering here
17   today?
18             MS. ALOI:  Not from the government's perspective.
19             THE COURT:  Okay.
20             MR. WOODWARD:  No, Your Honor.
21             The government filed a motion for -- to set a
22   trial date.
23             By my calculation, we're at 66 days, and so
24   there's two issues that we'd like to brief for the Court and
25   we'll do it promptly.
</pre>

1            One is, does this latest set of briefing

2    constitute a motion, such that under 3161, the time period

3    would be automatically tolled to include 30 days of the

4    Court's deliberation.

5            As the government explained in its motion on

6    Thursday, I believe it was, that period should be tolled

7    under 3161, the Court had 30 days to take that under

8    consideration, and those 30 days elapsed on May 28th --

9    May 26th, excuse me.  Today is the -- I don't know, it was a

10   late night, as the Court's aware.

11           So two issues; one, does that briefing constitute

12   a "motion" such that that period automatically tolls time;

13   and, two, can the government file a motion proactively in

14   order to, again, toll time?  And so in other words, does the

15   motion to set a trial date filed by the government on

16   Thursday automatically, again, toll time, or are there two

17   additional days?

18           Now, you know, the Court, I think, will not be

19   surprised to hear that we're not going to ask the Court to

20   set a trial date this week, and so really only that first

21   issue is of potential significance.  We'll get a motion

22   before the Court here probably today.

23           THE COURT:  Okay.

24           But the 66 days, does that -- that would not

25   include the days that the briefing has been pending?

1          MR. WOODWARD:  Correct.

2          THE COURT:  So if that time is not excluded, we're

3     at something well beyond 70 days?

4          MR. WOODWARD:  Correct.

5          And the D.C. Circuit has addressed this question,

6     as has the Supreme Court in related contexts.

7          We also have a case from the Eleventh Circuit.

8     And so we'll just get all of this before the Court, and the

9     Court will have to rule on whether it's, again, a "motion."

10          The government can file papers, to include notice

11     of intent to use certain exhibits or to 404(b), et cetera.

12     And the D.C. Circuit has looked at some of those filings and

13     has said that they do not automatically exclude, however,

14     depending on what the defense files in response, they can be

15     converted into a motion, and so we'll lay all of that out.

16     And I don't want to be overly premature in --

17          THE COURT:  So is it your position that none of

18     the time has been tolled since we were last together or only

19     since the defense responded?  Or are you saying -- well,

20     what's your formal position?

21          MR. IRVING:  That's a very good question.

22          And, you're right, because the government,

23     I think, will disagree about some of the exclusions that we

24     represent.

25          So when last we were together January 28th,

1    I believe, the Court tolled, with the consent of both the

2    government and defense, until February 28th, which is when

3    it initially ordered the government to submit its briefing.

4    That's reflected in a Minute Order from that status hearing.

5              On February 25th, I believe, the government filed

6    a consent motion to continue the time within which it was --

7    excuse me, the government filed a consent motion to continue

8    the time within which it was to submit its brief until March

9    14th.

10              The government at that time did not ask the Court

11   to further toll time under speedy trial.  And in the Court's

12   Minute Order granting the government the additional 14 days,

13   it did not sua sponte address speedy trial.  So in my 66-day

14   calculation, there are 12 days between February 28th and

15   March 14th that we are saying were not excluded for purposes

16   of speedy trial calculation.

17              I suspect, and the government makes some reference

18   to this not explicitly but indirectly in its brief, the

19   government will say, the totality of those 14 days are also

20   excluded, which would put us at 54 days, not 66 days.

21              THE COURT:  So your 66 days includes the --

22              MR. WOODWARD:  12 days between -- I'm not counting

23   the day that tolling was through, February 28th.  And

24   I'm not counting the day that the government actually filed

25   its brief on March 14th.

1          I'm also not counting the day that the government

2    filed its motion for an extension of time, because we did

3    not oppose or otherwise respond.

4          THE COURT:  Well, let me ask you this.

5          MR. WOODWARD:  Sir.

6          THE COURT:  Whatever we do today, are you prepared

7    to toll through then?

8          MR. WOODWARD:  Yes.

9          THE COURT:  But you're still going to assert that

10   the time has expired?

11         MR. WOODWARD:  With respect to the time applicable

12   to the briefing that occurred between March 14th and April,

13   I think, 28th was the government's reply, our position will

14   be that that was not a motion that qualifies under 3161 for

15   an automatic exclusion of time.

16         THE COURT:  Even though the essence of that was

17   that briefing was in effect, what I would consider to be a

18   quasi-supplement to your motion to dismiss/motion in limine?

19         I mean, that really is what it was.  It was a

20   question of what defense Mr. Navarro would be able to put at

21   trial, and, importantly, if that defense were available,

22   whether it could be something that would be presented to the

23   jury.

24         MR. WOODWARD:  Even though, Your Honor, and

25   respectfully to the government, they cite *Henderson* from the

1   Supreme Court for the proposition that it's reasonable to

2   presume that courts will ask for post-trial briefing on

3   issues, and that the time period within which such

4   post-trial briefing occurs ought also to be excluded.

5          THE COURT:  What is -- you mean this is in

6   between?

7          MR. WOODWARD:  Excuse me.  Post-hearing briefing.

8          THE COURT:  Right.

9          MR. WOODWARD:  That it is not at all uncommon for

10  hearings on motions to occur and that for the Court to

11  request or demand post-hearing briefing after the fact.  And

12  so the Supreme Court has addressed that exact point.

13         However, our position on this specific filing by

14  the Court -- by the government, is that they did not, in

15  fact, address the question posed by the Court, which was,

16  what is the result where a former President asserts

17  executive privilege with respect to his or her former senior

18  adviser?  Does that render that individual immune under the

19  contempt of Congress statute to -- well, I shouldn't have --

20  I blanked on it at first.

21         So what the government filed was a brief in

22  response to court order, I have to pull the exact language,

23  but they did not file -- they did not caption it as a

24  motion.

25         And so we think there is some -- there is a very

1   colorable argument here, that this is not a motion for

2   purposes of 3161, especially in the way that the government

3   framed the issue in its briefing, largely re-litigating a

4   number of issues that had already come up and been ruled

5   upon by the Court.

6           THE COURT:  Okay.

7           I'm not sure why it matters the way the government

8   framed it, because I had made specific requests for

9   particular briefing that you all didn't oppose, and, in

10  fact, you welcomed it.

11          MR. WOODWARD:  That may be ultimately how the

12  Court comes out on the issue.

13          But it's certainly not an issue that we're

14  prepared to waive, and so we would just ask for the Court's

15  indulgence as we file a brief on this and let the Court

16  review the case law on how these types of briefs are

17  considered not just by courts in this district but also by

18  the D.C. Circuit.

19          THE COURT:  Okay.

20          MR. WOODWARD:  And, yes, the Court asked, if the

21  Court were to agree that there are four days -- I mean,

22  we're not asking the Court to set a trial date on Friday.

23  So whatever date we come up with, I think it's reasonably

24  likely that we will ask -- we will agree that the interests

25  of justice warrant tolling until that trial date because

1    there's a lot of outstanding issues in this case.

2              THE COURT:  Okay.

3              And will you be filing -- am I anticipating

4    correctly what you'll be filing to be a motion to dismiss?

5              MR. WOODWARD:  Yes, Your Honor, which

6    incidentally, I think, also will toll time under -- I think

7    that will unequivocally qualify under 3161.

8              THE COURT:  Right.  Okay.

9              And you're planning to file that when?

10             MR. WOODWARD:  I think we can do it today.

11             Quite candidly the reason we didn't file it last

12   night is because we didn't want to waive this tolling, this

13   tolling issue.  And so we expect the Court will ask the

14   parties about their position with respect to tolling once a

15   trial date is selected.  At that point, I think we will all

16   agree that no days are counting toward this speedy trial

17   clock.

18             THE COURT:  All right.

19             MS. ALOI:  Your Honor, I would just draw your

20   attention to the transcript from the January 27th hearing in

21   which we brought to the Court's attention the speedy-trial

22   issue.

23             The defendant said they would waive and you

24   contemplated that the exclusion would be from the date of

25   our -- until the date of our filing and then from the date

1   of the filing.

2           THE COURT:  Until the date of the filing and then

3   from the date of the filing; in other words, that time would

4   begin -- would toll once the government filed its pleading?

5           MS. ALOI:  Well, you tolled it by order of the

6   Court until the government was to file its brief.  And then,

7   yes, the parties had all contemplated that once the

8   government filed its brief, it would continue to toll.

9           THE COURT:  And we had that explicit discussion?

10          MS. ALOI:  It's less explicit than ideal, but

11  the -- I raised -- I said:

12          "Your Honor, do we need to exclude time under the

13  Speedy Trial Act?"

14          Mr. Woodward said:  "We will waive."

15          You thanked us for the reminder.

16          Mr. Woodward said:  "These are pretrial briefs."

17          And then I noted that there's also -- there was

18  also "a second motion in limine pending still."

19          And then I asked if we "could exclude time by

20  order until the first brief is due."

21          And then you had said you'd "exclude time through

22  the 28th.  And then that the interests of the public and the

23  defendant -- "The ends of justice outweigh the interests of

24  the public and the defendant in a speedy trial;

25  specifically, affording the parties additional time to vet

1    these issues we've talked about today."

2              So we were discussing it within the context of the

3    briefing, excluding the time.

4              THE COURT:  Okay.

5              I mean, I will perhaps make clear what I should

6    have made clear, which was that certainly my understanding

7    was, and the way I contemplated, and I certainly would not

8    have only tolled time through the government's filing, is

9    that the time would remain tolled until I resolved the other

10   legal issues that had been raised collectively or by me and

11   then collectively discussed and then would be briefed.

12             I certainly would not have only tolled through the

13   government's initial filing if I had any inkling that the

14   defendant was going to take the position that the

15   government's filing of its initial memorandum would re-start

16   the clock or, to put it differently, that the time was not

17   tolled beyond that date.  So this is news to me, okay?

18             Do you want to go to trial June 16th?

19             MR. WOODWARD:  I'm unavailable, Your Honor.

20             I think it won't surprise the Court to learn that

21   I am the -- I present the difficulty in scheduling the

22   trial.

23             I have about a ten-day period in June where I am

24   to be dealing with a personal family issue in Michigan.

25   I think the Court may recall meeting my father.  I'm heading

1    out there to help him with some move, just leave it at that

2    if that's all right.

3              And then in July, I have a three-week trial before

4    Judge McFadden beginning on July 11th.  It is a tunnel case,

5    and so it is fairly evidentiary extensive.  Video.  I don't

6    want to -- not so many text messages in this one.  And so I

7    respectfully just need time to prepare for that.

8              We had proposed the first week, first or second

9    week of September to the government.  I think that works for

10   the government.

11             THE COURT:  Are we still looking at two to three

12   days at most?

13             MR. WOODWARD:  I think that's fair from the

14   government's perspective.

15             The only observation I'll make is that jury

16   selection probably won't take a day.  The Court's very --

17             THE COURT:  Yeah, I think it will take a day.

18             MR. WOODWARD:  Okay.

19             THE COURT:  I can't imagine it will take more than

20   that.

21             Okay.  That's consistent with literally the only

22   window I have between now and the end of eternity.

23             So September 5?

24             MS. ALOI:  That works for the government.

25             THE COURT:  Okay.

1              All right.  So, Mr. Woodward, you're prepared to

2    toll then through September 5?

3              MR. WOODWARD:  Yes, sir.

4              THE COURT:  Do we have -- I guess we also then

5    need to set a Pretrial Conference date.

6              MR. WOODWARD:  I'll be before Your Honor that week

7    prior already.

8              THE COURT:  Do it the morning of the 30th?

9              MR. WOODWARD:  Good.

10             THE COURT:  So August 30, 9:30 a.m. for Pretrial.

11             And I may bring the parties in for further

12   discussions in likelihood; in fact, I probably will at some

13   point before then.  So we can have a conversation about the

14   filings and obviously whatever motion you're going to file.

15             MR. WOODWARD:  Yes, sir.

16             THE COURT:  And we'll figure out a time to do

17   that.

18             I think -- actually, let's go ahead.

19             MR. WOODWARD:  It's always easier to cancel it.

20             THE COURT:  Right.

21             So if you file something tomorrow; the government,

22   how long do you think you'll need to respond?

23             MS. ALOI:  We could have something in response by

24   early next week.

25             THE COURT:  Okay.

1          So government's opposition will be due the 6th,

2    and a reply will be due the 13th.  And we'll get back

3    together on June 21 at 10:00 a.m.  Does that work for

4    everyone?  I just had a trial come off the calendar.

5          MR. WOODWARD:  I'll make it work.

6          THE COURT:  Okay.  So June 10 -- excuse me,

7    June 21st at 10:00 a.m. for a hearing on the motion that's

8    going to be filed, as well as the papers that followed from

9    the last hearing we had.

10          Okay.  So that'll be our schedule.

11          Is there anything else we need to talk about?

12          MS. ALOI:  Not from the government.

13          MR. WOODWARD:  Not from Mr. Navarro's perspective.

14          THE COURT:  Okay.  Terrific.  Thank you, all, very

15    much.

16          (Proceedings concluded at 11:16 a.m.)

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__June 3, 2023_____        

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 3/2
**MR. IRVING: [1]** 5/21
**MR. WOODWARD: [25]**
**MS. ALOI: [7]** 3/18 10/19 11/5 11/10 13/24 14/23 15/12
**THE COURT: [32]**

**1**

**10 [1]** 15/6
**10:00 [2]** 15/3 15/7
**10:57 [1]** 1/6
**11:16 [1]** 15/16
**11th [1]** 13/4
**12 [2]** 6/14 6/22
**13th [1]** 15/2
**14 [2]** 6/12 6/19
**1455 [1]** 2/3
**14th [4]** 6/9 6/15 6/25 7/12
**16th [1]** 12/18
**1808 [1]** 2/11

**2**

**200 [2]** 1/4 3/3
**20001 [2]** 1/15 2/20
**20004 [1]** 2/4
**20010 [1]** 2/11
**202 [4]** 1/16 2/12 2/16 2/21
**2023 [2]** 1/5 16/7
**20854 [1]** 2/15
**21 [1]** 15/3
**21st [1]** 15/7
**22-200 [2]** 1/4 3/3
**22039 [1]** 2/7
**252-7212 [1]** 1/16
**258-6597 [1]** 2/16
**25th [1]** 6/5
**26th [1]** 4/9
**27th [1]** 10/20
**28th [7]** 4/8 5/25 6/2 6/14 6/23 7/13 11/22

**3**

**30 [2]** 1/5 14/10
**30 days [3]** 4/3 4/7 4/8
**301 [1]** 2/4
**30th [1]** 14/8
**3161 [5]** 4/2 4/7 7/14 9/2 10/7
**3249 [1]** 2/21
**333 [1]** 2/20
**354-3249 [1]** 2/21

**4**

**400 [1]** 2/3
**402-8800 [1]** 2/8
**404 [1]** 5/11

**5**

**54 [1]** 6/20
**5670 [1]** 2/4

**601 [1]** 1/15
**6597 [1]** 2/16
**66 [4]** 3/23 4/24 6/20 6/21
**66-day [1]** 6/13
**6th [1]** 15/1

**7**

**70 days [1]** 5/3
**703 [1]** 2/8
**7212 [1]** 1/16
**7447 [1]** 2/12

**8**

**807-5670 [1]** 2/4
**8639 [1]** 2/7
**8800 [1]** 2/8

**9**

**996-7447 [1]** 2/12
**9:30 [1]** 14/10

**A**

**a.m [5]** 1/6 14/10 15/3 15/7 15/16
**able [1]** 7/20
**about [6]** 5/23 10/14 12/1 12/23 14/13 15/11
**above [1]** 16/4
**above-titled [1]** 16/4
**Act [1]** 11/13
**actually [2]** 6/24 14/18
**additional [1]** 4/17 6/12 11/25
**address [2]** 6/13 8/15
**addressed [2]** 5/8 8/12
**adviser [1]** 8/18
**affording [1]** 11/25
**after [1]** 8/11
**again [3]** 4/14 4/16 5/9
**agree [3]** 9/21 9/24 10/16
**ahead [1]** 14/18
**aided [1]** 2/23
**all [11]** 3/12 5/8 5/15 8/9 9/9 10/15 10/18 11/7 13/2 14/1 15/14
**all right [1]** 13/2
**Aloi [2]** 1/13 3/5
**already [2]** 9/4 14/7
**also [9]** 5/7 6/19 7/1 8/4 9/17 10/6 11/7 11/18 14/4
**always [1]** 14/19
**am [3]** 10/3 12/21 12/23
**AMERICA [2]** 1/3 3/3
**AMIT [1]** 1/10
**Ann [1]** 1/13
**anticipating [1]** 10/3
**any [1]** 12/13
**anything [2]** 3/15 15/11
**APPEARANCES [2]** 1/12 1/18
**appearing [1]** 3/8
**applicable [1]** 7/11

**apart [1]** 8/12
**are [11]** 4/16 5/19 6/14 6/15 6/19 7/6 9/16 9/21 10/16 11/16 13/11
**argument [1]** 9/1
**as [7]** 4/5 4/10 5/6 8/23 9/15 15/8 15/8
**ask [8]** 3/14 4/19 6/10 7/4 8/2 9/14 9/24 10/13
**asked [2]** 9/20 11/19
**asking [1]** 9/22
**assert [1]** 7/9
**asserts [1]** 8/16
**attention [1]** 10/20 10/21

**ATTORNEY'S [1]** 1/14
**August [1]** 14/10
**automatic [1]** 7/15
**automatically [4]** 4/3 4/12 4/16 5/13
**available [1]** 4/10
**Avenue [2]** 2/3 2/20
**aware [1]** 4/10

**B**

**back [1]** 15/2
**Barrett [1]** 2/19
**be [24]**
**because [5]** 5/22 7/2 9/8 9/25 10/12
**been [4]** 4/25 5/18 9/4 12/10
**before [6]** 1/10 4/22 5/8 13/3 14/6 14/13
**begin [1]** 11/4
**beginning [1]** 13/4
**believe [3]** 4/6 6/1 6/5
**between [5]** 6/14 6/22 7/12 8/6 13/22
**beyond [2]** 5/3 12/17
**blanked [1]** 8/20
**both [1]** 6/1
**BRAND [4]** 2/10 2/14 2/14 3/11
**brandwoodwardlaw.c om [1]** 2/13
**brief [9]** 3/24 6/8 6/18 6/25 8/21 9/15 11/6 11/8 11/20
**briefed [1]** 12/11
**briefing [13]** 4/1 4/11 4/25 6/3 7/12 7/17 8/2 8/4 8/7 8/11 9/3 9/9 12/3
**briefs [2]** 9/16 11/16
**bring [1]** 14/11
**brought [1]** 10/21
**building [1]** 3/11

**C**

**calculation [3]** 3/23 6/14 6/16
**calendar [1]** 15/4
**can [5]** 4/13 5/10 5/14 10/10 14/13
**can't [1]** 13/19
**cancel [1]** 14/19
**candidly [1]** 10/11

**case [5]** 3/3 5/7 9/16 10/1 13/4
**certain [1]** 5/11
**certainly [4]** 9/13 12/6 12/7 12/12
**Certified [1]** 2/18
**certify [1]** 16/2
**cetera [1]** 5/11
**CH [1]** 2/19
**Chase [1]** 2/7
**Circle [1]** 2/7
**Circuit [4]** 5/5 5/7 5/12 9/18
**cite [1]** 7/25
**clear [2]** 5/25 12/6
**clock [2]** 10/17 12/16
**collectively [2]** 12/10 12/11
**colorable [1]** 9/1
**COLUMBIA [2]** 1/1 1/14
**come [3]** 9/4 9/23 15/4
**comes [1]** 9/12
**computer [1]** 2/23
**computer-aided [1]** 2/23
**concluded [1]** 15/16
**CONFERENCE [1]** 1/9 14/5
**Congress [1]** 8/19
**consent [3]** 6/1 6/6 6/7
**consider [1]** 7/17
**consideration [1]** 4/8
**considered [1]** 9/17
**consistent [1]** 13/21
**constitute [2]** 4/2 4/11
**Constitution [1]** 2/20
**contemplated [3]** 10/24 11/7 12/7
**contempt [1]** 8/20
**context [1]** 12/2
**contexts [1]** 5/6
**continue [2]** 6/6 6/7 11/8
**CONTINUED [1]** 2/1
**conversation [1]** 14/13
**converted [1]** 5/15
**correct [3]** 5/1 5/4 16/3
**correctly [1]** 10/4
**could [3]** 7/22 11/19 14/23
**counting [4]** 6/22 6/24 7/1 10/16
**court [30]**
**Court's [6]** 4/4 4/10 6/11 9/14 10/21 13/16
**courts [2]** 8/2 9/17
**CR [1]** 1/4
**Crabb [1]** 1/13 3/5
**Criminal [1]** 3/3
**CRR [2]** 16/2 16/8

**D**

**D.C [5]** 1/5 1/15 2/4 2/11 2/20
**D.C. [3]** 5/5 5/12 9/18
**D.C. Circuit [3]** 5/5

**caption [1]** 8/12
**12 9/18
**date [16]** 3/16 3/22 4/15 4/20 9/22 9/23 9/25 10/15 10/24 10/25 10/25 11/2 11/3 12/17 14/5 16/7
**day [7]** 6/13 6/23 6/24 7/1 12/23 13/16 13/17
**days [18]**
**dealing [1]** 12/24
**defendant [1]** 1/7 2/2 3/8 10/23 11/23 11/24
**defense [6]** 3/7 5/14 5/19 6/2 7/20 7/21
**deliberation [1]** 8/11
**demand [1]** 8/11
**depending [1]** 5/14
**did [6]** 6/10 6/13 7/2 8/14 8/23 8/23
**didn't [3]** 9/9 10/11 10/12
**differently [1]** 12/16
**difficulty [1]** 12/21
**disagree [1]** 5/23
**discuss [1]** 3/15
**discussed [1]** 12/11
**discussing [1]** 12/2
**discussion [1]** 11/9
**discussions [1]** 14/12
**dismiss [2]** 7/18 10/4
**dismiss/motion [1]** 7/18
**district [5]** 1/1 1/1 1/10 1/14 9/17
**do [10]** 3/25 5/13 7/6 10/10 11/12 12/18 14/4 14/8 14/16 14/22
**does [6]** 4/1 4/11 4/14 4/24 8/18 15/3
**don't [3]** 4/9 5/16 13/5
**draw [1]** 10/19
**due [3]** 11/20 15/1 15/2

**E**

**early [1]** 14/24
**EARTH [1]** 2/2
**easier [1]** 14/19
**Edmund [1]** 2/10
**effect [1]** 7/17
**elapsed [1]** 4/8
**Eleventh [1]** 5/7
**Eleventh Circuit [1]** 5/7
**Elizabeth [2]** 1/13 3/5
**elizabeth.aloi [1]** 1/17
**else [1]** 15/11
**Email [6]** 1/16 1/17 2/5 2/8 2/12 2/16
**end [1]** 13/22
**ends [1]** 11/23
**especially [1]** 9/2
**essence [1]** 7/16
**et [1]** 5/11
**et cetera [1]** 5/11
**eternity [1]** 13/22
**Even [2]** 7/16 7/24
**everybody [1]** 3/13

**E**

everyone [1] 15/4
evidentiary [1] 13/5
exact [2] 8/12 8/22
exclude [4] 5/13 11/12
11/19 11/21
excluded [4] 5/2 6/15
6/20 8/4
excluding [1] 12/3
exclusion [2] 7/15
10/24
exclusions [1] 5/23
excuse [4] 4/9 6/7 8/7
15/6
executive [1] 8/17
exhibits [1] 5/11
expect [1] 10/13
expired [1] 7/10
explained [1] 4/5
explicit [2] 11/9 11/10
explicitly [1] 6/18
extension [1] 7/2
extensive [1] 13/5

**F**

fact [4] 8/11 8/15 9/10
14/12
fair [1] 13/13
Fairfax [1] 2/7
fairly [1] 13/5
family [1] 12/24
father [1] 12/25
February [4] 4/2 6/5
6/14 6/23
figure [1] 14/16
file [9] 4/13 5/10 8/23
9/15 10/9 10/11 11/6
14/14 14/21
filed [10] 3/21 4/15 6/5
6/7 6/24 7/2 8/21 11/4
11/8 15/8
files [1] 5/14
filing [10] 8/13 10/3
10/4 10/25 11/1 11/2
11/3 12/8 12/13 12/15
filings [5] 5/12 14/14
first [5] 4/20 8/20 11/20
13/8 13/8
followed [1] 15/8
foregoing [1] 16/3
formal [1] 5/20
former [2] 8/16 8/17
four [1] 9/21
framed [2] 9/3 9/8
Friday [1] 9/22
further [2] 6/11 14/11

**G**

gathering [1] 3/16
get [3] 4/21 5/8 15/2
Glen [1] 2/7
gmail.com [1] 2/16
go [2] 12/18 14/18
go ahead [1] 14/18
going [5] 4/19 7/9
12/14 14/14 15/8
good [5] 3/2 3/10 3/12
5/21 14/9

Good morning [1]
3/10
government [31]
government's [7] 3/18
7/13 12/8 12/13 12/15
13/14 15/1
granting [1] 6/12
guess [1] 14/4

**H**

had [11] 4/7 9/4 9/8
11/7 11/9 11/21 12/10
12/13 13/8 15/4 15/9
has [8] 4/25 5/5 5/6
5/12 5/13 5/18 7/10
8/12
have [14] 3/12 5/7 5/9
8/19 8/22 12/6 12/8
12/12 12/23 13/3 13/22
14/4 14/13 14/23
he'll [1] 3/11
heading [1] 12/25
hear [1] 4/19
hearing [6] 6/4 8/7
8/11 10/20 15/7 15/9
hearings [1] 8/10
help [1] 13/1
Henderson [1] 7/25
her [1] 8/17
here [5] 3/11 3/13 3/16
4/22 9/1
him [1] 13/1
his [1] 8/17
Honor [9] 3/2 3/10 3/20
7/24 10/5 10/19 11/12
12/19 14/6
HONORABLE [1] 1/10
how [3] 9/11 9/16
14/22
however [2] 5/13 8/13

**I**

I am [2] 12/21 12/23
I believe [2] 6/1 6/5
I can't [1] 13/19
I guess [1] 14/4
I have [3] 8/22 13/3
13/22
I just [1] 15/4
I mean [2] 9/21 12/5
I should [1] 12/5
I think [14] 4/18 5/23
7/13 9/23 10/6 10/6
10/10 10/15 12/20
12/25 13/9 13/13 13/17
14/18
I will [1] 12/5
I'll [3] 13/15 14/6 15/5
I'm [6] 6/22 6/24 7/1
9/7 12/19 12/25
I'm not [2] 6/22 6/24
I'm not sure [1] 9/7
ideal [1] 11/10
III [1] 2/6
imagine [1] 13/19
immune [1] 8/18
importantly [1] 7/21
incidentally [1] 10/6

3/10
includes [1] 6/21
indirectly [1] 6/18
individual [1] 8/18
indulgence [1] 9/15
initial [2] 12/13 12/15
initially [1] 6/3
inkling [1] 12/13
intent [1] 5/11
interests [3] 9/24
11/22 11/23
Irving [2] 2/2 3/6
is [30]
issue [7] 4/21 9/3 9/12
9/13 10/13 10/22 12/24
issues [7] 3/24 4/11
8/3 9/4 10/1 12/1 12/10
it [32]
it's [7] 3/12 5/9 8/1
9/13 9/23 11/10 14/9
its [11] 4/5 6/3 6/8 6/18
6/25 7/2 9/3 11/4 11/6
11/8 12/15
IV [1] 2/2

**J**

January [1] 5/25 10/20
jirving1 [1] 2/5
John [6] 1/13 2/2 2/6
3/5 3/6 3/6
John Crabb [1] 3/5
John Rowley [1] 3/6
John.D.Crabb [1] 1/17
john.rowley [1] 2/9
JPROWLEY [1] 2/6
jprowleylaw.com [1]
2/9
Jr [2] 1/13 2/10
JUDGE [2] 1/10 13/4
Judge McFadden [1]
13/4
July [2] 13/3 13/4
June [6] 12/18 12/23
15/3 15/6 15/7 16/7
June 21st [1] 15/7
jury [2] 7/23 13/15
just [8] 3/14 5/8 9/14
9/17 10/19 13/1 13/7
15/4
justice [2] 9/25 11/23

**K**

know [2] 4/9 4/18

**L**

language [1] 8/22
largely [1] 9/3
last [4] 5/18 5/25 10/11
15/9
late [1] 4/10
latest [1] 4/1
law [5] 2/2 2/6 2/10
2/14 9/16
lay [1] 5/15
learn [1] 12/20
leave [1] 13/1
legal [1] 12/10

let [3] 3/14 7/4 9/15
let's [1] 14/18
like [1] 3/24
likelihood [1] 14/12
likely [1] 9/24
limine [2] 7/18 11/18
literally [1] 13/21
litigating [1] 9/3
LLC [1] 2/2
long [1] 14/22
looked [1] 5/12
looking [1] 13/11
lot [1] 10/1

**M**

made [2] 9/8 12/6
make [3] 12/5 13/15
15/5
makes [1] 6/17
many [1] 13/6
March [4] 6/8 6/15 6/25
7/12
matter [1] 16/4
matters [1] 9/7
may [6] 1/5 4/8 4/9
9/11 12/25 14/11
May 26th [1] 4/9
McFadden [1] 13/4
McKennett [1] 2/14
MD [1] 2/15
me [8] 3/14 4/9 6/7 7/4
8/7 12/10 12/17 15/6
mean [4] 7/19 8/5 9/21
12/5
mechanical [1] 2/22
meeting [1] 12/25
MEHTA [1] 1/10
memorandum [1]
12/15
Merit [1] 2/18
messages [1] 13/6
Michigan [1] 12/24
Minute [2] 6/4 6/12
more [1] 13/19
morning [3] 3/2 3/10
14/8
most [1] 13/12
motion [21]
motions [1] 8/10
move [1] 13/1
Mr. [6] 3/11 7/20 11/14
11/16 14/1 15/13
Mr. Brand [1] 3/11
Mr. Navarro [1] 7/20
Mr. Navarro's [1] 15/13
Mr. Woodward [3]
11/14 11/16 14/1
much [1] 15/13
my [4] 3/23 6/13 12/6
12/25

**N**

NAVARRO [3] 1/6 3/4
7/20
Navarro's [1] 15/13
need [6] 3/15 11/12
13/7 14/5 14/22 15/11

news [1] 12/17
next [1] 14/24
night [2] 4/10 10/12
no [4] 1/4 3/3 3/20
10/16
none [1] 5/17
not [31]
noted [1] 11/17
notice [1] 5/10
now [2] 4/18 13/22
number [1] 9/4
NW [4] 1/15 2/3 2/11
2/20

**O**

observation [1] 13/15
obviously [1] 14/14
occur [1] 8/10
occurred [1] 7/12
occurs [1] 8/4
off [1] 15/4
OFFICE [1] 1/14
Official [1] 2/17
okay [15] 3/19 4/23 9/6
9/19 10/2 10/8 12/4
12/17 13/18 13/21
13/25 14/25 15/6 15/10
15/14
once [3] 10/14 11/4
11/7
one [3] 4/1 4/11 13/6
only [6] 4/20 5/18 12/8
12/12 13/15 13/21
oppose [2] 7/3 9/9
opposition [1] 15/1
order [6] 4/14 6/4 6/12
8/22 11/5 11/20
ordered [1] 6/3
other [4] 3/15 4/14
11/3 12/9
otherwise [1] 7/3
ought [1] 8/4
our [6] 3/16 7/13 8/13
10/25 10/25 15/10
out [5] 5/15 9/12 13/1
14/16
outstanding [1] 10/1
outweigh [1] 11/23
overly [1] 5/16

**P**

papers [2] 5/10 15/8
Park [1] 2/11
particular [1] 9/9
parties [4] 10/14 11/7
11/25 14/11
Pebble [1] 2/15
pending [2] 4/25 11/18
Pennsylvania [1] 2/3
perhaps [1] 12/5
period [5] 4/2 4/6 4/12
8/3 12/23
person [1] 3/8
personal [1] 12/24
perspective [3] 3/18
13/14 15/13
PETER [2] 1/6 3/4
Plaintiff [1] 1/4

**P**

planning [1] 10/9
pleading [1] 11/4
PLLC [1] 2/6
point [3] 8/12 10/15
  14/13
posed [1] 8/15
position [6] 5/17 5/20
  7/13 8/13 10/14 12/14
post [4] 8/2 8/4 8/7
  8/11
post-hearing [2] 8/7
  8/11
post-trial [2] 8/2 8/4
potential [1] 4/21
premature [1] 5/16
prepare [1] 13/7
prepared [3] 7/6 9/14
  14/1
present [1] 12/21
presented [1] 7/22
President [1] 8/16
presume [1] 8/2
pretrial [3] 11/16 14/5
  14/10
Prettyman [1] 2/19
primary [1] 3/16
prior [1] 14/7
privilege [1] 8/17
proactively [1] 4/13
probably [3] 4/22
  13/16 14/12
proceedings [5] 1/9
  2/22 3/9 15/16 16/4
produced [1] 2/23
promptly [1] 3/25
proposed [1] 13/8
proposition [1] 8/1
public [2] 11/22 11/24
pull [1] 8/22
purpose [1] 3/16
purposes [2] 6/15 9/2
put [3] 6/20 7/20 12/16

**Q**

qualifies [1] 7/14
qualify [1] 10/7
quasi [1] 7/18
quasi-supplement [1]
  7/18
question [4] 5/5 5/21
  7/20 8/15
Quite [1] 10/11

**R**

raised [2] 11/11 12/10
re [2] 9/3 12/15
re-litigating [1] 9/3
re-start [1] 12/15
really [2] 4/20 7/19
Realtime [1] 2/18
reason [1] 10/11
reasonable [1] 8/1
reasonably [1] 9/23
recall [1] 12/25
record [1] 16/3
recorded [1] 2/22
reference [1] 6/17

related [1] 5/6
Registered [1] 2/18
remain [1] 12/9
reminder [1] 11/15
render [1] 8/18
reply [2] 7/13 15/2
Reporter [4] 2/17 2/18
  2/18 2/19
represent [1] 5/24
request [1] 8/11
requests [1] 9/8
resolved [1] 12/9
respect [3] 7/11 8/17
  10/14
respectfully [2] 7/25
  13/7
respond [2] 7/3 14/22
responded [1] 5/19
response [3] 5/14 8/22
  14/23
result [1] 8/16
review [1] 9/16
Ridge [1] 2/15
right [8] 3/12 5/22 8/8
  10/8 10/18 13/2 14/1
  14/20
RMR [2] 16/2 16/8
Road [1] 2/11
Rockville [1] 2/15
Rowley [2] 2/6 3/6
rule [1] 5/9
ruled [1] 9/4

**S**

said [6] 5/13 10/23
  11/11 11/14 11/16
  11/21
say [1] 6/19
saying [2] 5/19 6/15
schedule [1] 15/10
scheduling [1] 12/21
second [2] 11/18 13/8
selected [1] 10/15
selection [1] 13/16
senior [1] 8/17
September [3] 13/9
  13/23 14/2
set [6] 3/21 4/1 4/15
  4/20 9/22 14/5
setting [1] 3/15
shortly [1] 3/11
should [2] 4/6 12/5
shouldn't [1] 8/19
significance [1] 4/21
since [2] 5/18 5/19
sir [3] 7/5 14/3 14/15
so [31]
So I think [1] 3/14
So this is [1] 12/17
some [6] 5/12 5/23
  6/17 8/25 13/1 14/12
something [4] 5/3 7/22
  14/21 14/23
specific [2] 8/13 9/8
specifically [1] 11/25
speedy [2] 6/11 6/13
  6/16 10/16 10/21 11/13

Speedy Trial Act [2]
  11/13
speedy-trial [1] 10/21
sponte [1] 6/13
stanley [4] 2/10 2/13
  2/14 3/6
stanleymbrand [1]
  2/16
start [1] 12/15
STATES [4] 1/1 1/3
  1/10 3/3
Station [1] 2/7
status [2] 1/9 6/4
statute [1] 8/19
stenography [1] 2/22
still [3] 7/9 11/18 13/11
Street [1] 1/15
sua [1] 6/13
submit [2] 6/3 6/8
such [3] 4/2 4/12 8/3
Suite [1] 2/3
supplement [1] 7/18
Supreme [3] 5/6 8/1
  8/12
Supreme Court [3] 5/6
  8/1 8/12
sure [1] 9/7
surprise [1] 12/20
surprised [1] 4/19
suspect [1] 6/17

**T**

take [5] 4/7 12/14
  13/16 13/17 13/19
talk [1] 15/11
talked [1] 12/1
ten [1] 12/23
ten-day [1] 12/23
Terrific [1] 15/14
text [1] 13/6
than [2] 3/15 11/10
  13/19
Thank [1] 15/14
thanked [1] 11/15
that [82]
that'll [1] 15/10
that's [6] 5/21 6/4 13/2
  13/13 13/21 15/7
their [1] 10/14
then [14] 7/7 10/25
  11/2 11/6 11/17 11/19
  11/21 11/22 12/11
  12/11 13/3 14/2 14/4
  14/13
there [9] 3/14 4/16 6/14
  8/25 8/25 9/21 11/17
  13/1 15/11
there's [3] 3/24 10/1
  11/17
these [4] 3/8 9/16
  11/16 12/1
they [7] 5/13 5/14 7/25
  8/14 8/23 8/23 10/23
think [17]
this [18]
This is [1] 3/3
those [3] 4/8 5/12 6/19

three [2] 13/3 13/11
three-week [1] 13/3
through [6] 6/23 7/7
  11/21 12/8 12/12 14/2
Thursday [2] 4/6 4/16
time [27]
titled [1] 16/4
today [6] 3/17 4/9 4/22
  7/6 10/10 12/1
together [3] 5/18 5/25
  15/3
toll [5] 4/14 4/16 6/11
  7/7 10/6 11/4 11/8 14/2
tolled [9] 4/3 4/6 5/18
  6/1 11/5 12/8 12/9
  12/12 12/17
tolling [5] 6/23 9/25
  10/12 10/13 10/14
tolls [1] 4/12
tomorrow [1] 14/21
totality [1] 6/19
toward [1] 10/16
transcript [1] 1/9 2/22
  10/20 16/3
transcription [1] 2/23
trial [21]
tunnel [1] 13/4
two [5] 3/24 4/11 4/13
  4/16 13/11
types [1] 9/16

**U**

U.S [1] 1/14
ultimately [1] 9/11
unavailable [1] 12/19
uncommon [1] 8/9
under [9] 4/2 4/7 4/7
  6/11 7/14 8/18 10/6
  10/7 11/12
understanding [1]
  12/6
unequivocally [1] 10/7
UNITED [4] 1/1 1/3
  1/10 3/3
United States of [1]
  3/3
until [8] 6/2 6/8 9/25
  10/25 11/2 11/6 11/20
  12/9
up [2] 9/4 9/23
upon [1] 9/5
us [2] 6/20 11/15
usdoj.gov [2] 1/17
  1/17
use [1] 5/11

**V**

VA [1] 2/7
verizon.net [1] 2/5
versus [1] 3/4
very [4] 5/21 8/25
  13/16 15/14
vet [1] 11/25
Video [1] 13/5
vs [1] 1/5

**W**

waive [4] 9/14 10/12

want [4] 5/16 10/12
  12/18 13/6
warrant [1] 9/25
was [19]
Washington [5] 1/5
  1/15 2/4 2/11 2/20
WATER [1] 2/2
way [3] 9/2 9/7 12/7
we [33]
we will [4] 9/24 9/24
  10/15 11/14
we'd [1] 3/24
we'll [6] 3/25 4/21 5/8
  5/15 14/16 15/2
we're [5] 3/23 4/19 5/2
  9/13 9/22
we've [1] 12/1
week [6] 4/20 13/3
  13/8 13/9 14/6 14/24
welcomed [1] 9/10
well [7] 3/14 5/3 5/19
  7/4 8/19 11/5 15/8
were [6] 5/18 5/25 6/15
  7/21 9/21 12/2
what [9] 5/14 7/17 7/19
  7/20 8/5 8/16 8/21 10/4
  12/5
what's [1] 5/20
whatever [3] 7/6 9/23
  14/14
when [3] 5/25 6/2 10/9
where [2] 8/16 12/23
whether [2] 5/9 7/22
which [9] 6/2 6/6 6/8
  6/20 8/3 8/15 10/5
  10/21 12/6
why [1] 9/7
will [20]
William [3] 2/17 16/2
  16/8
window [1] 13/22
within [4] 6/6 6/8 8/3
  12/2
won't [2] 12/20 13/16
Woodward [7] 2/10
  2/10 2/14 3/6 11/14
  11/16 14/1
words [2] 4/14 11/3
work [2] 15/3 15/5
works [2] 13/9 13/24
would [18]

**Y**

Yeah [1] 13/17
yes [6] 7/8 9/20 10/5
  11/7 14/3 14/15
you [16] 4/18 5/19 7/4
  7/6 8/5 9/9 9/10 10/3
  10/23 11/5 11/15 11/21
  12/18 14/21 14/22
  15/14
you'd [1] 11/21
you'll [2] 10/4 14/22
you're [5] 5/22 7/9 10/9
  14/1 14/14
your [14] 3/2 3/10 3/20
  5/17 5/20 6/21 7/18

**Y**

**your... [7]** 7/24 10/5
10/19 10/19 11/12
12/19 14/6
**Your Honor [8]** 3/2
3/10 3/20 7/24 10/5
10/19 12/19 14/6

**Z**

**Zaremba [3]** 2/17 16/2
16/8