<u>Attachment A</u>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | )    **Criminal No. 1:22-cr-00200-APM** |
| **v.** | ) |
| | ) |
| **PETER K. NAVARRO,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## <u>DECLARATION OF ELIZABETH HARRINGTON</u>

I, Elizabeth Harrington, as authorized by 28 U.S.C. §1746, hereby declare and state as follows:

1.   I am currently employed as a spokesperson for the Donald J. Trump for President 2024 campaign and have held that position since November 15, 2022. Prior to that, beginning in mid-June 2021, I worked as a spokesperson for the Save America Political Action Committee.

2.   I met Peter Navarro in 2021 while he was serving as a senior advisor to President Trump, and I interacted with him in my position with Save America Political Action Committee.

3.   Counsel for Dr. Navarro contacted me about potentially testifying as a witness on his behalf and they served me with a subpoena to testify at the trial, which I know is scheduled to begin on September 5, 2023. Subsequently, counsel for Dr. Navarro served me with a subpoena to testify at the evidentiary hearing which the Court has scheduled for August 28, 2023.

4.   Counsel for Dr. Navarro has told me that in both instances – the evidentiary hearing on August 28, 2023, and the trial on September 5, 2023 – they believe that I am in possession of

significant information about Dr. Navarro's assertion of executive privilege on behalf of President Trump.

5.   On July 26, 2023, in a conversation with Dr. Navarro's counsel about my testimony for the evidentiary hearing and trial, I advised them that my due date for the birth of my second child is August 29, 2023. I would like to cooperate with counsel and the Court but, as a result of the pending birth of my child, I am unable to predict whether my medical condition and/or responsibilities to my baby will allow me to appear at the evidentiary hearing and trial as currently scheduled.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of August, 2023

Elizabeth Harrington