**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | **Criminal No. 1:22-cr-00200-APM** |
| v. | ) ) |  |
| **PETER K. NAVARRO,** | ) ) |  |
| Defendant. | ) ) |  |

**[PROPOSED] ORDER**

Upon consideration of Dr. Navarro's Motion, it is this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED.**

**SO ORDERED.**

_____
The Honorable Amit P. Mehta
United States District Court Judge