
Gmail                                                                          Chris Kachouroff <chris@mck-lawyers.com>

## Fw: Navarro subpoena

**lizshew** <lizshew@protonmail.com>                                               Wed, Jun 1, 2022 at 1:31 PM
Reply-To: lizshew <lizshew@protonmail.com>
To: Chris Kachouroff <chris@mck-lawyers.com>

Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, February 9th, 2022 at 5:50 PM, lizshew <lizshew@protonmail.com> wrote:

> For POTUS
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Wednesday, February 9th, 2022 at 5:08 PM, pknavarro <pknavarro@protonmail.com> wrote:
>
>> Got subpoenad for Jan 6. Herre's my statement
>>
>> Please share this with the Boss:
>>
>> STATEMENT OF PETER NAVARRO  [use all or none]
>>
>> As the domestic terrorists running the January 6 partisan witch hunt are well aware, President Trump has invoked Executive Privilege; and it is not my privilege to waive.  They should negotiate any waiver of the privilege with the president and his attorneys directly, not through me.  I refer this tribunal to Chapter 21 of *In Trump Time* for what is in the public record about the Green Bay Sweep plan to insure election integrity – the last three people on God's good earth who wanted chaos and violence on Capitol Hill were President Trump, Steve Bannon, and I.  Why did Pelosi, the Capitol Hill police, and the Pentagon leave the perimeter unguarded?
>>
>> Use this is you like:
>>
>> Pence betrayed Trump.  Marc Short is a Koch Network dog.  Meadows is a fool and a coward.  Cheney and Kinzinger are useful idiots for Nancy Pelosi and the woke Left.
>>
>> Use this if you like
>>
>> I note for the record, the subpoena was leaked to key members of the press well before I received it.  This was a screwjob to every reporter who didn't get the leak and it underscores the political and partisan nature of an inquiry which discredits itself on a daily basis.
>>
>> Sent with ProtonMail Secure Email.

US-000112