```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )   CR No. 22-200
                                 )   Washington, D.C.
     vs.                         )   August 11, 2023
                                 )   4:30 p.m.
PETER K. NAVARRO,                )
                                 )
          Defendant.             )
_____)


     TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:         Elizabeth Ann Aloi
                            John Crabb, Jr.
                            U.S. ATTORNEY'S OFFICE
                            DISTRICT OF COLUMBIA
                            601 D Street, NW
                            Washington, D.C. 20001
                            (202) 252-7212
                            Email:
                            elizabeth.aloi@usdoj.gov
                            Email: John.D.Crabb@usdoj.gov
```

```
APPEARANCES CONTINUED:

For the Defendant:          John S. Irving, IV
                            EARTH & WATER LAW LLC
                            1455 Pennsylvania Avenue, NW
                            Suite 400
                            Washington, D.C. 20004
                            (301) 807-5670
                            Email: jirving1@verizon.net

                            John P. Rowley, III
                            JPROWLEY LAW PLLC
                            8639 Chase Glen Circle
                            Fairfax Station, VA 22039
                            (703) 402-8800
                            Email:
                            john.rowley@jprowleylaw.com

                            Stanley Edmund Woodward, Jr.
                            BRAND WOODWARD LAW
                            1808 Park Road NW
                            Washington, D.C. 20010
                            (202) 996-7447
                            Email:
                            stanley@brandwoodwardlaw.com

                            Stanley McKennett Brand
                            BRAND WOODWARD LAW
                            3 Pebble Ridge Court
                            Rockville, MD 20854
                            (202) 258-6597
                            Email: stanleymbrand@gmail.com

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                   P R O C E E D I N G S
2              COURTROOM DEPUTY:  Good afternoon, Your Honor.
3    This is Criminal Case No. 22-200, United States of America
4    versus Peter K. Navarro.
5              Elizabeth Aloi and John Crabb, Jr. for the
6    government.
7              John Irving, John Rowley, Stanley Brand, and
8    Stanley Woodward for the defendant.
9              The defendant's appearance was waived for this
10   hearing.
11             THE COURT:  All right.  Good afternoon, everybody.
12   I hope everybody is doing well.
13             So the purpose of the hearing is to discuss the
14   motion that was filed earlier this week, I'm losing track of
15   time, seeking to continue the evidentiary hearing that's
16   presently scheduled for, I believe, August 28th, and to
17   continue the trial date, which is scheduled for September 5,
18   due to the unavailability of a potential defense witness.
19             Well, let me ask one question before I share with
20   you my views of the request; and that is, where is the
21   witness located?
22             MR. WOODWARD:  Your Honor, she is located in,
23   I believe, Maryland, could be Virginia, but she's local.
24             THE COURT:  Okay.
25             So I am highly disinclined to move the evidentiary
```

1  hearing or the trial.  This matter has been pending since
2  June of 2022.  The length of time to get this case to trial,
3  in fairness, has largely been a result of a fair amount of
4  legal wrangling, some of which that I brought on, but there
5  is a public interest to bring this matter to trial, and,
6  given everyone's busy schedules, including those of the
7  lawyers on this call and me, I can't even imagine when I
8  might be available for the next trial.
9            It seems to me if she is unavailable on August the
10 28th for purposes of the evidentiary hearing, we can do any
11 number of things to ensure her testimony is reflected on the
12 record.  We can bring her here next week or the week after.
13 I actually won't be present next week but I could ask one of
14 my colleagues to do so and I can read the transcript, or we
15 could find time the week prior.
16           We can keep her as a witness on the 28th and we
17 can do a Zoom.  There's no -- I don't think there's any
18 concern about remote testimony for purposes of an
19 evidentiary hearing.
20           And, ultimately, if the parties want to stipulate
21 to her testimony, I'm happy to accept it in that fashion
22 too.
23           So that's my view of the request with respect to
24 the evidentiary hearing.
25           Now, as to the trial, it's a little bit trickier,

obviously, since she's a potential defense witness. That said, it isn't clear to me in what way she's a defense witness for purposes of the trial. At least the proffered testimony so far is that she would be relevant to establishing that Dr. Navarro received an instruction from the President to invoke executive privilege, but that's something we're going to litigate pretrial, and we've been spending a lot of time trying to figure out when it was appropriate and by whom it would be decided. And so it isn't apparent to me what relevance her testimony would have to a trial defense, and I don't hear the government saying that they are intending to call her, because they're opposing the continuance.

So those are my thoughts, and I'm happy to hear from defense counsel about those thoughts.

MR. WOODWARD: Thank you, Your Honor.

I'll work in reverse order because it's easier.

We agree with the Court that this is not an unavailability-for-trial issue. I think given the way that the Court has postured this case, it has streamlined the evidence that will be put on by the defense at trial. So I think the trial in this case will be fairly straightforward.

I can't represent to the Court, of course, now that Dr. Navarro would not testify at the trial, but I

1    imagine that the defense case-in-chief would be fairly
2    streamlined and that our case would rely, if not entirely,
3    largely on the cross-examination of the government's
4    case-in-chief.
5            So turning then to the evidentiary hearing, we
6    have spoken to Ms. Harrington quite a few times in advance
7    of the Court's ordering the evidentiary hearing.  She is
8    concerned about sitting for testimony in any capacity.  Of
9    course, the Court knows that we're aware of the opportunity
10   to avail ourselves of, for example, a Rule 15 deposition,
11   especially given the health concern and given that this is
12   not a trial, this is an evidentiary hearing, and she is
13   concerned about what that would be like given that she is in
14   her ninth month of pregnancy.
15           She is also concerned about testifying immediately
16   after giving birth, and so she has expressed a number of
17   concerns.  We can go back to her and we can share with her
18   that we are out of options and the Court has said, too bad,
19   respectfully, of course, and we can come back to the Court
20   with that answer.
21           But I think my colleagues will confirm, especially
22   Mr. Rowley, who has spoken to her more than I have, that she
23   really is not comfortable testifying between now and early
24   September, and we would be losing a critical witness for an
25   issue that the Court has very succinctly laid out.

1           I think the Court will not be surprised to hear
2  that we do not expect former President Trump to testify
3  either at the evidentiary hearing or at the trial; we are in
4  discussions with his counsel about confirming that.  And so
5  she is going to provide a really critical corroboration to
6  the communications that Dr. Navarro was having with
7  President Trump concerning the January 6th Committee
8  subpoena.
9           THE COURT:  So, Mr. Woodward, if I could interrupt
10 you for a moment.
11          Look, far be it for me to put myself in the shoes
12 of a mom who is nine months pregnant.  On the other hand,
13 you know, on the other hand, it seems to me, absent some
14 aggravating reason, like she has a particular health
15 vulnerability, she is being asked, for example, to not be on
16 her feet or that there is a potential of risk to the
17 pregnancy from sitting for what is likely to be, what,
18 30 minutes of testimony, maybe 60 max, and we can do in the
19 comfort of her home, I'm just not swayed.
20          MR. WOODWARD:  That makes sense.
21          THE COURT:  And I want to be sensitive to her
22 interests.
23          And if you come back and tell me that she has some
24 particular acute medically-related reason for being unable
25 to sit for testimony for an hour other than just not wanting

1  to do it, that I'm open to hearing.
2          But short of that, I'm disinclined to move the
3  hearing for that reason.
4          MR. WOODWARD:  I think Your Honor is very clear,
5  and we don't need to belabor the point, pun not intended.
6          I think I'll leave the Court with two
7  observations:
8          One, the Court does not like surprises and so we
9  wanted to get this before the Court as soon as we could.  If
10 she is in labor on the day of her testimony, we didn't want
11 that to be the first time the Court learned that that was a
12 possibility.
13         And, two, I think the Court -- you know, we told
14 her we would ask for this relief and we will go back to her.
15 If she can provide medical documentation that says that she
16 is unavailable, we will, of course, share that with the
17 Court.  And absent that, we'll talk with her about a
18 preference for either a Zoom on August 28th or seeking from
19 the Court relief along the lines of a Rule 15 deposition.
20         THE COURT:  Look, I mean, I'll say the following,
21 which is that, if I were in your shoes, I wouldn't wait
22 until the 28th --
23         MR. WOODWARD:  Understood.
24         THE COURT:  -- because if she is -- becomes
25 unavailable on the 28th, you know, I may be inclined to say,

1   the evidence is the evidence.  You're now on notice that we
2   have this through a three-week period, give or take, to get
3   her testimony locked in on the record in a way that is
4   comfortable for her, and I urge you to explore all options
5   to do that, because I'm not giving any guarantees that if
6   she's unavailable to do it remotely on the 28th, that
7   I'm going to make any accommodations for that.
8           MR. WOODWARD:  Understood.
9           THE COURT:  Okay?
10          MR. WOODWARD:  Yes.
11          THE COURT:  All right.
12          So is there anything further to discuss?
13          MR. WOODWARD:  Unless any of my colleagues do but
14  not for defense counsel.
15          THE COURT:  Okay.
16          So I will trust that you all will just get back to
17  us as to how you are going to proceed.
18          And if you need an order for a Rule 15, I'm happy
19  to sign it.  If you all can agree amongst yourselves that
20  such an order is not required, that's okay, too.  You can
21  obviously stipulate to the admissibility of her testimony in
22  whatever form you're prepared to stipulate to, okay?
23          MR. WOODWARD:  Yes, sir.  Thank you.
24          THE COURT:  All right.  Thank you, everyone.
25          (Proceedings concluded at 4:44 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__August 11, 2023_____   
                                      William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 3/2
**MR. WOODWARD: [9]** 3/22 5/16 7/20 8/4 8/23 9/8 9/10 9/13 9/23
**THE COURT: [10]** 3/11 3/24 7/9 7/21 8/20 8/24 9/9 9/11 9/15 9/24

**1**

**11 [2]** 1/5 10/7
**1455 [1]** 2/3
**15 [3]** 6/10 8/19 9/18
**1808 [1]** 2/11

**2**

**200 [2]** 1/4 3/3
**20001 [2]** 1/15 2/20
**20004 [1]** 2/4
**20010 [1]** 2/11
**202 [4]** 1/16 2/12 2/16 2/21
**2022 [1]** 4/2
**2023 [2]** 1/5 10/7
**20854 [1]** 2/15
**22-200 [2]** 1/4 3/3
**22039 [1]** 2/7
**252-7212 [1]** 1/16
**258-6597 [1]** 2/16
**28th [7]** 3/16 4/10 4/16 8/18 8/22 8/25 9/6

**3**

**30 minutes [1]** 7/18
**301 [1]** 2/4
**3249 [1]** 2/21
**333 [1]** 2/20
**354-3249 [1]** 2/21

**4**

**400 [1]** 2/3
**402-8800 [1]** 2/8
**4:30 [1]** 1/6
**4:44 [1]** 9/25

**5**

**5670 [1]** 2/4

**6**

**60 [1]** 7/18
**601 [1]** 1/15
**6597 [1]** 2/16
**6th [1]** 7/7

**7**

**703 [1]** 2/8
**7212 [1]** 1/16
**7447 [1]** 2/12

**8**

**807-5670 [1]** 2/4
**8639 [1]** 2/7
**8800 [1]** 2/8

**9**

**996-7447 [1]** 2/12

**A**

**about [7]** 4/18 5/15 6/8 6/13 6/15 7/4 8/17
**above [1]** 10/4
**above-titled [1]** 10/4
**absent [2]** 7/13 8/17
**accept [1]** 4/21
**accommodations [1]** 9/7
**actually [1]** 4/13
**acute [1]** 7/24
**admissibility [1]** 9/21
**advance [1]** 6/6
**after [2]** 4/12 6/16
**afternoon [2]** 3/2 3/11
**aggravating [1]** 7/14
**agree [2]** 5/18 9/19
**aided [1]** 2/23
**all [6]** 3/11 9/4 9/11 9/16 9/19 9/24
**All right [1]** 3/11
**Aloi [2]** 1/13 3/5
**along [1]** 8/19
**also [1]** 6/15
**am [1]** 3/25
**AMERICA [2]** 1/3 3/3
**AMIT [1]** 1/10
**amongst [1]** 9/19
**amount [1]** 4/3
**Ann [1]** 1/13
**answer [1]** 6/20
**any [6]** 4/10 4/17 6/8 9/5 9/7 9/13
**anything [1]** 9/12
**apparent [1]** 5/10
**appearance [1]** 3/9
**APPEARANCES [2]** 1/12 1/18
**appropriate [1]** 5/9
**are [5]** 5/12 5/14 6/18 7/3 9/17
**as [5]** 4/16 4/25 8/9 8/9 9/17
**ask [3]** 3/19 4/13 8/14
**asked [1]** 7/15
**ATTORNEY'S [1]** 1/14
**August [5]** 1/5 3/16 4/9 8/18 10/7
**August 28th [1]** 3/16
**avail [1]** 6/10
**available [1]** 4/8
**Avenue [2]** 2/3 2/20
**aware [1]** 6/9

**B**

**back [5]** 6/17 6/19 7/23 8/14 9/16
**bad [1]** 6/18
**Barrett [1]** 2/19
**be [17]**
**because [4]** 5/12 5/17 8/24 9/5
**becomes [1]** 8/24
**been [3]** 4/1 4/3 5/7
**before [3]** 1/10 3/19 8/9
**being [2]** 7/15 7/24
**belabor [1]** 8/5
**believe [2]** 3/13 4/23
**between [1]** 6/23
**birth [1]** 6/16
**bit [1]** 4/25
**BRAND [4]** 2/10 2/14 2/14 3/7
**brandwoodwardlaw.com [1]** 2/13
**bring [2]** 4/5 4/12
**brought [1]** 4/4
**busy [1]** 4/6

**C**

**call [2]** 4/7 5/12
**can [12]**
**can't [2]** 4/7 5/24
**capacity [1]** 6/8
**case [7]** 3/3 4/2 5/20 5/22 6/1 6/2 6/4
**Certified [1]** 2/18
**certify [1]** 10/2
**CH [1]** 2/19
**Chase [1]** 2/7
**chief [2]** 6/1 6/4
**Circle [1]** 2/7
**clear [2]** 5/2 8/4
**colleagues [3]** 4/14 6/21 9/13
**COLUMBIA [2]** 1/1 1/14
**come [2]** 6/19 7/23
**comfort [1]** 7/19
**comfortable [2]** 6/23 9/4
**Committee [1]** 7/7
**communications [1]** 7/6
**computer [1]** 2/23
**computer-aided [1]** 2/23
**concern [2]** 4/18 6/11
**concerned [3]** 6/8 6/13 6/15
**concerning [1]** 7/7
**concerns [1]** 6/17
**concluded [1]** 9/25
**CONFERENCE [1]** 1/9
**confirm [1]** 6/21
**confirming [1]** 7/4
**Constitution [1]** 2/20
**continuance [1]** 5/13
**continue [2]** 3/15 3/17
**CONTINUED [1]** 2/1
**correct [1]** 10/3
**corroboration [1]** 7/5
**could [5]** 3/23 4/13 4/15 7/9 8/9
**counsel [3]** 5/15 7/4 9/14
**course [4]** 5/24 6/9 6/19 8/16
**COURT [19]**
**Court's [1]** 6/7
**CR [1]** 1/4
**Crabb [2]** 1/13 3/5
**Criminal [1]** 3/3
**critical [2]** 6/24 7/5
**cross [1]** 6/3
**cross-examination [1]** 6/3
**CRR [2]** 10/2 10/8

**D**

**D.C [5]** 1/5 1/15 2/4 2/11 2/20
**date [2]** 3/17 10/7
**day [1]** 8/10
**decided [1]** 5/9
**defendant [3]** 1/7 2/2 3/8
**defendant's [1]** 3/9
**defense [8]** 3/18 5/1 5/2 5/11 5/15 5/21 6/1 9/14
**deposition [2]** 6/10 8/19
**didn't [1]** 8/10
**discuss [2]** 3/13 9/12
**discussions [1]** 7/4
**disinclined [2]** 3/25 8/2
**DISTRICT [4]** 1/1 1/1 1/10 1/14
**do [9]** 4/10 4/14 4/17 7/2 7/18 8/1 9/5 9/6 9/13
**documentation [1]** 8/15
**does [1]** 8/8
**doing [1]** 3/12
**don't [3]** 4/17 5/11 8/5
**Dr. [3]** 5/5 5/25 7/6
**Dr. Navarro [3]** 5/5 5/25 7/6
**due [1]** 3/18

**E**

**earlier [1]** 3/14
**early [1]** 6/23
**EARTH [1]** 2/2
**easier [1]** 5/17
**Edmund [1]** 2/10
**either [2]** 7/3 8/18
**Elizabeth [2]** 1/13 3/5
**elizabeth.aloi [1]** 1/17
**Email [6]** 1/16 1/17 2/5 2/8 2/12 2/16
**ensure [1]** 4/11
**entirely [1]** 6/2
**especially [2]** 6/11 6/21
**establishing [1]** 5/5
**even [1]** 4/7
**everybody [2]** 3/11 3/12
**everyone [1]** 9/24
**everyone's [1]** 4/6
**evidence [3]** 5/21 9/1 9/1
**evidentiary [9]** 3/15 3/25 4/10 4/19 4/24 6/5 6/7 6/12 7/3
**examination [1]** 6/3
**example [2]** 6/10 7/15
**executive [1]** 5/6
**expect [1]** 7/2
**explore [1]** 9/4
**expressed [1]** 6/16

**F**

**fair [1]** 4/3
**Fairfax [1]** 2/7
**fairly [2]** 5/22 6/1
**fairness [1]** 4/3
**far [2]** 5/4 7/11
**fashion [1]** 4/21
**feet [1]** 7/16
**few [1]** 6/6
**figure [1]** 5/8
**filed [1]** 3/14
**find [1]** 4/15
**first [1]** 8/11
**following [1]** 8/20
**foregoing [1]** 10/3
**form [1]** 9/22
**former [1]** 7/2
**further [1]** 9/12

**G**

**get [4]** 4/2 8/9 9/2 9/16
**give [1]** 9/2
**given [5]** 4/6 5/19 6/11 6/11 6/13
**giving [2]** 6/16 9/5
**Glen [1]** 2/7
**gmail.com [1]** 2/16
**go [2]** 6/17 8/14
**going [4]** 5/7 7/5 9/7 9/17
**Good [2]** 3/2 3/11
**government [3]** 1/13 3/6 5/11
**government's [1]** 6/3
**guarantees [1]** 9/5

**H**

**hand [2]** 7/12 7/13
**happy [3]** 4/21 5/14 9/18
**Harrington [1]** 6/6
**has [10]** 4/1 4/3 5/20 5/20 6/16 6/18 6/22 6/25 7/14 7/23
**have [4]** 5/10 6/6 6/22 9/2
**having [1]** 7/6
**health [2]** 6/11 7/14
**hear [3]** 5/11 5/14 7/1
**hearing [13]**
**her [20]**
**here [1]** 4/12
**highly [1]** 3/25
**his [1]** 7/4
**home [1]** 7/19
**Honor [4]** 3/2 3/22 5/16 8/4
**HONORABLE [1]** 1/10
**hope [1]** 3/12
**hour [1]** 7/25
**how [1]** 9/17

**I**

**I am [1]** 3/25
**I believe [2]** 3/16 3/23
**I can [1]** 4/14

**I**
**I can't [2]**  4/7 5/24
**I don't [2]**  4/17 5/11
**I have [1]**  6/22
**I hope [1]**  3/12
**I mean [1]**  8/20
**I think [6]**  5/19 6/21 7/1 8/4 8/6 8/13
**I want [1]**  7/21
**I will [1]**  9/16
**I wouldn't [1]**  8/21
**I'll [3]**  5/17 8/6 8/20
**I'm [9]**  3/14 4/21 5/14 7/19 8/1 8/2 9/5 9/7 9/18
**I'm going [1]**  9/7
**I'm just [1]**  7/19
**Ill [1]**  2/6
**imagine [2]**  4/7 6/1
**immediately [1]**  6/15
**inclined [1]**  8/25
**including [1]**  4/6
**instruction [1]**  5/5
**intended [1]**  8/5
**intending [1]**  5/12
**interest [1]**  4/5
**interests [1]**  7/22
**interrupt [1]**  7/9
**invoke [1]**  5/6
**Irving [2]**  2/2 3/7
**is [34]**
**is there [1]**  9/12
**isn't [2]**  5/2 5/10
**issue [2]**  5/19 6/25
**it [12]**
**it would be [1]**  5/9
**it's [2]**  4/25 5/17
**IV [1]**  2/2

**J**
**January [1]**  7/7
**jirving1 [1]**  2/5
**John [6]**  1/13 2/2 2/6 3/5 3/7 3/7
**John Crabb [1]**  3/5
**John Rowley [1]**  3/7
**John.D.Crabb [1]**  1/17
**john.rowley [1]**  2/9
**JPROWLEY [1]**  2/6
**jprowleylaw.com [1]**  2/9
**Jr [3]**  1/13 2/10 3/5
**JUDGE [1]**  1/10
**June [1]**  4/2
**just [3]**  7/19 7/25 9/16

**K**
**keep [1]**  4/16
**know [3]**  7/13 8/13 8/25
**knows [1]**  6/9

**L**
**labor [1]**  8/10
**laid [1]**  6/25
**largely [2]**  4/3 6/3
**LAW [4]**  2/2 2/6 2/10 2/14

lawyers [1]  9/1
learned [1]  8/11
least [1]  5/3
leave [1]  8/6
legal [1]  4/4
length [1]  4/2
let [1]  3/19
like [3]  6/13 7/14 8/8
likely [1]  7/17
lines [1]  8/19
litigate [1]  5/7
little [1]  4/25
LLC [1]  2/2
local [1]  3/23
located [2]  3/21 3/22
locked [1]  9/3
Look [2]  7/11 8/20
losing [2]  3/14 6/24
lot [1]  5/8

**M**
make [1]  9/7
makes [1]  7/20
Maryland [1]  3/23
matter [3]  4/1 4/5 10/4
max [1]  7/18
may [1]  8/25
maybe [1]  7/18
McKennett [1]  2/14
MD [1]  2/15
me [8]  3/19 4/7 4/9 5/2 5/10 7/11 7/13 7/23
mean [1]  8/20
mechanical [1]  2/22
medical [1]  8/15
medically [1]  7/24
medically-related [1]  7/24
MEHTA [1]  1/10
Merit [1]  2/18
might [1]  4/8
minutes [1]  7/18
mom [1]  7/12
moment [1]  7/10
month [1]  6/14
months [1]  7/12
more [1]  6/22
motion [1]  3/14
move [2]  3/25 8/2
Mr. [2]  6/22 7/9
Mr. Rowley [1]  6/22
Mr. Woodward [1]  7/9
Ms. [1]  6/6
Ms. Harrington [1]  6/6
my [6]  3/20 4/14 4/23 5/14 6/21 9/13
myself [1]  7/11

**N**
NAVARRO [5]  1/6 3/4 5/5 5/25 7/6
need [2]  8/5 9/18
next [3]  4/8 4/12 4/13
nine [1]  7/12
ninth [1]  6/14
no [3]  1/4 3/3 4/17
not [15]
notice [1]  9/1

now [1]  9/1
number [2]  4/11 6/16
NW [4]  1/15 2/3 2/11 2/20

**O**
observations [1]  8/7
obviously [2]  5/1 9/21
OFFICE [1]  1/14
Official [1]  2/19
okay [5]  3/24 9/9 9/15 9/20 9/22
one [3]  3/19 4/13 8/8
open [1]  8/1
opportunity [1]  6/9
opposing [1]  5/13
options [2]  6/18 9/4
order [3]  5/17 9/18 9/20
ordering [1]  6/7
other [3]  7/12 7/13 7/25
our [1]  6/2
ourselves [1]  6/10
out [3]  5/8 6/18 6/25

**P**
p.m [2]  1/6 9/25
Park [1]  2/11
particular [2]  7/14 7/24
parties [1]  4/20
Pebble [1]  2/15
pending [1]  4/1
Pennsylvania [1]  2/3
period [1]  9/2
PETER [2]  1/6 3/4
Plaintiff [1]  1/4
PLLC [1]  2/6
point [1]  8/5
possibility [1]  8/12
postured [1]  5/20
potential [3]  3/18 5/1 7/16
preference [1]  8/18
pregnancy [2]  6/14 7/17
pregnant [1]  7/12
prepared [1]  9/22
present [1]  4/13
presently [1]  3/16
President [3]  5/6 7/2 7/7
pretrial [1]  5/7
Prettyman [1]  2/19
prior [1]  4/15
privilege [1]  5/6
proceed [1]  9/17
proceedings [4]  1/9 2/22 9/25 10/4
produced [1]  2/23
proffered [1]  5/3
provide [2]  7/5 8/15
public [1]  4/5
pun [1]  8/5
purpose [1]  3/13
purposes [3]  4/10 4/18 5/3

**Q**
question [1]  3/19
quite [1]  6/6

**R**
read [1]  4/14
really [2]  6/23 7/5
Realtime [1]  2/18
reason [3]  7/14 7/24 8/3
received [1]  5/5
record [3]  4/12 9/3 10/3
recorded [1]  2/22
reflected [1]  4/11
Registered [1]  2/18
related [1]  7/24
relevance [1]  5/10
relevant [1]  5/4
relief [2]  8/14 8/19
rely [1]  6/2
remote [1]  4/18
remotely [1]  9/6
Reporter [4]  2/17 2/18 2/18 2/19
represent [1]  5/24
request [2]  3/20 4/23
required [1]  9/20
respect [1]  4/23
respectfully [1]  6/19
result [1]  4/3
reverse [1]  5/17
Ridge [1]  2/15
right [3]  3/11 9/11 9/24
risk [1]  7/16
RMR [2]  10/2 10/8
Road [1]  2/11
Rockville [1]  2/15
Rowley [3]  2/6 3/7 6/22
Rule [3]  6/10 8/19 9/18

**S**
said [2]  5/2 6/18
say [2]  8/20 8/25
saying [1]  5/11
says [1]  8/15
scheduled [2]  3/16 3/17
schedules [1]  4/6
seeking [2]  3/15 8/18
seems [2]  4/9 7/13
sense [1]  7/20
sensitive [1]  7/21
September [2]  3/17 6/24
share [3]  3/19 6/17 8/16
she [17]
she's [4]  3/23 5/1 5/2 9/6
shoes [2]  7/11 8/21
short [1]  8/2
sign [1]  9/19
since [2]  4/1 5/1
sir [1]  9/23
sit [1]  7/25

sitting [2]  6/8 7/17
so [15]
So I think [1]  5/22
some [3]  4/4 7/13 7/23
something [1]  5/7
soon [1]  8/9
spending [1]  5/8
spoken [2]  6/6 6/22
stanley [5]  2/10 2/13 2/14 3/7 3/8
Stanley Woodward [1]  3/8
stanleymbrand [1]  2/16
STATES [4]  1/1 1/3 1/10 3/3
Station [1]  2/7
STATUS [1]  1/9
stenography [1]  2/22
stipulate [3]  4/20 9/21 9/22
straightforward [1]  5/23
streamlined [2]  5/20 6/2
Street [1]  1/15
subpoena [1]  7/8
succinctly [1]  6/25
such [1]  9/20
Suite [1]  2/3
surprised [1]  7/1
surprises [1]  8/8
swayed [1]  7/19

**T**
take [1]  9/2
talk [1]  8/17
tell [1]  7/23
testify [2]  5/25 7/2
testifying [2]  6/15 6/23
testimony [11]
than [2]  6/22 7/25
Thank [3]  5/16 9/23 9/24
Thank you [3]  5/16 9/23 9/24
that [48]
that's [4]  3/15 4/23 5/6 9/20
then [1]  6/5
there [3]  4/4 7/16 9/12
there's [2]  4/17 4/17
they [1]  5/12
they're [1]  5/12
things [1]  4/11
think [8]  4/17 5/19 5/22 6/21 7/1 8/4 8/6 8/13
this [15]
This is [1]  3/3
those [3]  4/6 5/14 5/15
thoughts [2]  5/14 5/15
three [1]  9/2
three-week [1]  9/2
through [1]  9/2
time [5]  3/15 4/2 4/15 5/8 8/11
times [1]  6/6
titled [1]  10/4

**T**

**told** [1] 8/13
**too** [3] 4/22 6/18 9/20
**track** [1] 3/14
**transcript** [4] 1/9 2/22 4/14 10/3
**transcription** [1] 2/23
**trial** [14]
**trickier** [1] 4/25
**Trump** [2] 7/2 7/7
**trust** [1] 9/16
**trying** [1] 5/8
**turning** [1] 6/5
**two** [2] 8/6 8/13

**U**

**U.S** [1] 1/14
**ultimately** [1] 4/20
**unable** [1] 7/24
**unavailability** [2] 3/18 5/19
**unavailable** [4] 4/9 8/16 8/25 9/6
**Understood** [2] 8/23 9/8
**UNITED** [4] 1/1 1/3 1/10 3/3
**United States of** [1] 3/3
**Unless** [1] 9/13
**until** [1] 8/22
**urge** [1] 9/4
**us** [1] 9/17
**usdoj.gov** [2] 1/17 1/17

**V**

**VA** [1] 2/7
**verizon.net** [1] 2/5
**versus** [1] 3/4
**very** [2] 6/25 8/4
**VIA** [1] 1/9
**view** [1] 4/23
**views** [1] 3/20
**Virginia** [1] 3/23
**vs** [1] 1/5
**vulnerability** [1] 7/15

**W**

**wait** [1] 8/21
**waived** [1] 3/9
**want** [3] 4/20 7/21 8/10
**wanted** [1] 8/9
**wanting** [1] 7/25
**was** [5] 3/9 3/14 5/8 7/6 8/11
**Washington** [5] 1/5 1/15 2/4 2/11 2/20
**WATER** [1] 2/2
**way** [3] 5/2 5/19 9/3
**we** [24]
**we will** [2] 8/14 8/16
**we'll** [1] 8/17
**we're** [2] 5/7 6/9
**we've** [1] 5/7
**week** [6] 3/14 4/12 4/12 4/13 4/15 9/2
**well** [2] 3/12 3/19

**were** [1] 4/21
**what** [5] 5/2 5/10 6/13 7/17 7/17
**whatever** [1] 9/22
**when** [2] 4/7 5/8
**where** [1] 3/20
**which** [3] 3/17 4/4 8/21
**who** [2] 6/22 7/12
**whom** [1] 5/9
**will** [8] 5/21 5/22 6/21 7/1 8/14 8/16 9/16 9/16
**William** [3] 2/17 10/2 10/8
**witness** [6] 3/18 3/21 4/16 5/1 5/3 6/24
**won't** [1] 4/13
**Woodward** [5] 2/10 2/10 2/14 3/8 7/9
**work** [1] 5/17
**would** [9] 5/4 5/9 5/10 5/25 6/1 6/2 6/13 6/24 8/14
**wouldn't** [1] 8/21
**wrangling** [1] 4/4

**Y**

**Yes** [2] 9/10 9/23
**you** [15]
**you're** [2] 9/1 9/22
**your** [5] 3/2 3/22 5/16 8/4 8/21
**Your Honor** [3] 3/22 5/16 8/4
**yourselves** [1] 9/19

**Z**

**Zaremba** [3] 2/17 10/2 10/8
**ZOOM** [3] 1/9 4/17 8/18