| | | U.S. v. Navarro - Defense Exhibits for Hearing on 08/28/2023 |
|---|---|---|
| Ex. No. | Court's 07/28/2023 Ruling | Description of Exhibit |
| 1.5 | | 1/6 Committee subpoenas/letters to MM, SB, KP, DS |
| 1.4 | | 09_24_2021 NPR Article re 1/6 subpoenas |
| 1.3 | | 10/06/2021 letter to MM re EP |
| 1.2 | | 10/06/2021 letter to DS re EP |
| 1.15 | | 11/18/2021 COVID Committee subpoena to PKN |
| 1.16 | | 11/18/2021 email from PN to LH "Need to assert exec privilege and issue statement to stop witchhunts." |
| 1.17 | | 11/19/2021 email from Alex Cannon to LH: ""I just spoke with [DJT]. No public statement on this. We will send a privilege instruction letter to Peter's counsel." |
| 1.1 | | 11/19/2021 email from Liz Harrington to Taylor Budowich and others re POTUS assertion of EP re COVID Commmittee subpoena to PKN. |
| 1.18 | | 11/20/2021 email from PKN to Boris Epshteyn. |
| 1 | Out | 11/20/2021 DJT public statement directing PKN to assert executive privilege |
| 2 | Out | 12/07/2021 Letter from PKN to Chairman Clyburn (Coronavirus Subcommittee) asserting executive privilege |
| 2.1 | | 12/11/2021 COVID Committee Letter to Navarro |
| 2.2 | | 12/13/2021 COVID Committee Deposition Reminder to Navarro |
| 3 | Out | 12/14/2021 Email from PKN to Liz Harrington: "This is my response to the Committee; holding fast" |
| 4 | Out | 12/15/2021 Letter from PKN to Chairman Clyburn (again) asserting executive privilege |
| 5 | | 02/09/2022 Select Committee subpoena to PKN |
| 6 | | 02/09/2022 Email from PKN to Dan George: "yes. No counsel. Executive privilege" |
| 7 | Reserving | 02/09/2022 Email from PKN to Elizabeth Harrington: "Please share this [draft Public Statement] with the Boss" (REL 9386) |
| 7.1 | | 02/09/2022 email from LH forwarding PKN statement to Molly Michael and Margo Martin |
| 8 | Reserving | 02/09/2022 Public Statement by PKN: "Not my privilege to waive" |

| | | |
|---|---|---|
| 9 | | 02/27/2022 Email from PKN to Dan George: "Trump has invoked executive privilege; it is neither my privilege or Joe Biden's to waive" |
| 10 | Reserving | 02/28/2022 Jonathan Su letter to PKN, with cc to Kristin Amerling |
| 11 | Reserving | 02/28/2022 Email from PKN to Jonathan Su: Biden is not the president I worked for. Donald Trump is… Executive privilege" (Redacted version deletes forward to reporter). |
| 12 | | 02/28/2022 Email from PKN to the Committee: "It is incumbent on the Committee to negotiate with POTUS" |
| 12.1 | | 03/01/2022 email from Dan George to PKN |
| 12.2 | | 03/26/2022 email from Eliza Thurston to PKN - look forward to seeing you at MAL on 04/05/2022. |
| 12.3 | | 03/28/2022 Committee Contempt Resolution re PKN |
| 22 | | 03/28/2022 text messages between PKN and Liz Harrington re Statement of Peter Navarro |
| 12.4 | | 04/06/2022 House Contempt Resolution re PKN |
| 12.5 | | PKN Flight Information |
| 13 | Out | 05/23/2022 Email from Joanna Miller to PKN (REL 10295) re edits to Complaint for Declaratory Relief (REL 10295.0001) |
| 14 | Out | 05/23/2022 Text messages with Liz Harrington |
| 15 | Out | 06/01/2022 Letter from PKN to USAO re Grand Jury subpoena and executive privilege |
| 16 | Out | 05/30/2022 Email from PKN to Liz Harrington: "Lawsuit drops tomorrow; share with POTUS" |
| 17 | | 05/31/2022 PKN Civil Complaint |
| 18 | Reserving | Verizon toll records for the period from November 2021 through June 2022 |
| 20 | | Article: NPR 09/24/2021 - Jan 6 Panel Subpoenas Former Trump Officials Including Mark Meadows, Steve Bannon |
| 21 | Out | Article: The Hill 11/20/2021 - Trump tells Navarro to 'protect executive privilege' in House COVID-19 probe |
| 23 | Out | 06/09/2022 email from PKN to Christina Bobb re draft statement for President Trump (and Att.) |

| | | |
|---|---|---|
| 24 | Out | 06/09/2022 email from Christina Bobb to Molly Michael re Discussion with POTUS this Morning (and att.) |
| 25 | Out | 06/09/2022 email from PKN to Christina Bobb re POTUS statement |
| 26 | | Letter dated 01/23/2023 from Evan Corcoran to PKN |
| 27 | | Timeline |
| 29 | | Affidavit - Elizabeth Harrington |
| 30 | | Justin Clark Testimony |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |