IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) |
| v. | ) Criminal No. 1:22-cr-00200-APM ) ) |
| **PETER K. NAVARRO,** | ) ) |
| **Defendant.** | ) ) ) |

**[PROPOSED] ORDER**

Upon consideration of Dr. Navarro's Motion, it is this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED.**


**SO ORDERED.**

<br>

                                          The Honorable Amit P. Mehta
                                          United States District Court Judge