UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| | : | CRIMINAL NO. 22-cr-200 (APM) |
| v. | : | |
| | : | |
| PETER K. NAVARRO, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S OPPOSITON TO DEFENDANT'S
MOTION FOR THE COURT TO RECONSIDER ITS
<u>DENIAL OF DEFENDANT'S MOTION TO CONTINUE</u>**

The government hereby opposes defendant's request that the Court reconsider its August 13, 2023 Order denying defendant's motion to continue the hearing and trial in this matter. (ECF # 111).

Defendant's motion for reconsideration is frivolous; it should, therefore, be denied.

The government has accommodated the witness's purported unavailability.[1]  While the government could have insisted that she testify and be subject to cross examination, we have agreed not to oppose the witness's submission of an affidavit.  The government, however, will not stipulate to the truthfulness of any affidavit that the witness may submit, and the government reserves its right to rebut any assertions the witness may make in her affidavit.  This is entirely proper.  That the government's position should "concern" the witness (ECF # 111, at 4) is odd – assuming she intends to submit a truthful affidavit.

---

[1] Defendant's claim that "the government has refused to cooperate" (ECF # 111, at 1) is baseless.  The defendant waited 11 days after the last hearing in this matter to contact the government regarding the witness's status.  At that time, one of the government's counsel was in trial before Judge Kollar-Kotelly and the other was on vacation.  Nevertheless, the government responded in a timely manner to the defendant's belated request.

In sum, the witness is being afforded the opportunity to avoid testifying. But she is not – and should not – be given leave to prevaricate. Accordingly, there is no reason for the Court to reconsider its decision denying the defendant's request for a continuance.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/Elizabeth Aloi*
        John Crabb Jr.
        Elizabeth Aloi (D.C. Bar No. 1015864)
        Assistant United States Attorneys
        United States Attorney's Office
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7212 (Aloi)
        elizabeth.aloi@usdoj.gov