UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>PETER K. NAVARRO )<br>) | Case No: 22-cr-200 (APM) |

**Counsel's Acknowledgments Concerning Trial Exhibits**

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy and do agree on the exhibits which will be submitted to the jury for the purpose of deliberation.

**Exhibits to Jury:**

_____    9/7/23
Government Counsel              Date

_____    09/07/23
Defense Counsel                 Date

1