CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

PETER K. NAVARRO

Civil/Criminal No.: __22-cr-200 (APM)__

### NOTE FROM JURY

The jury has reached a unanimous verdict.

Date: __09/07/2023__

Time: __3:40 pm__