UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
                                :   Case No: 22-cr-200
        v.                      :
                                :
PETER K. NAVARRO,               :
                                :
        Defendant.              :

## VERDICT FORM

**Count 1:**     Contempt of Congress – Willful Failure to Provide Records

__✓__                                    _____
Guilty                                   Not Guilty


**Count 2:**     Contempt of Congress – Willful Failure to Appear for Testimony

__✓__                                    _____
Guilty                                   Not Guilty


                                       __09/07/2023__
                                       Date

1