| | | UNITED STATES OF AMERICA | | | | |
|---|---|---|---|---|---|---|
| Government | ☐ | VS. | | | Civil/Criminal No. | 22-CR-200 (APM) |
| Plaintiff | ☐ | | | | | |
| Defendant | ✔ | PETER K. NAVARRO | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Photograph | 9/13 | 9/13 | | |
| 2 | Photograph | 9/13 | demonstrative | | |
| 3 | Photograph | 9/13 | demonstrative | | |
| 4 | Photograph | 9/13 | demonstrative | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |