IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | Criminal No. 1:22-cr-00200-APM |
| v. ) | |
| ) | |
| **PETER K. NAVARRO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MOTION TO EXTEND TIME
FOR FILING OF MOTION FOR NEW TRIAL**

Defendant Peter K. Navarro, by and through his undersigned counsel, pursuant to Fed.R.Crim.P. 45(b), hereby files this Motion to Extend Time for Filing of Motion for New Trial, stating in support thereof as follows:

1. The Court held trial of this case on September 5-7, 2023. After being instructed on the law by the Court, the jury retired for deliberations and, on September 7, returned a guilty verdict against the Defendant on both counts charged.

2. The Defendant intends to file a Motion for New Trial, pursuant to Fed.R.Crim.P. 33(b)(2), which will assert, among other things, that he was unfairly prejudiced by the jury's exposure to media cameras and January 6th protestors when it was escorted outside the courthouse by a Court Security Officer before it had completed its deliberations and reached a verdict.

2. Fed.R.Crim.P. 33(b)(2) provides that "Any motion for a new trial grounded on any reason other than newly discovered evidence must be filed within 14 days after the verdict or finding of guilty." As per the Rule, the Defendant's Motion for New Trial is currently due on September 21, 2023.

1

3.  The Court has indicated that it will provide the Defendant and the Government with security camera videotape recordings that depict the jury's presence outside the courthouse to assist counsels' review of the matter. On September 18, 2023, the Court entered a protective order that allows disclosure of the recordings to counsel for the parties and protects them from disclosure to unauthorized third parties. The Defendant anticipates that it will obtain access to the recordings in the next several days.

4.  Upon obtaining the recordings, counsel for the Defendant will evaluate them (in addition to other information, including the testimony of the Court Security Officer at the hearing held on September 13, 2023) to assess whether, and to what extent, unfair prejudice may have resulted to the Defendant.

5.  The Defendant requests a two-week extension to evaluate the security camera recordings after he receives them and prepare his Motion for New Trial. The Government does not object to this Motion and proposes that the Court set a deadline of October 27, 2023, for the filing of its opposition brief.

WHEREFORE, for good cause shown, the Defendant requests that the time for his filing of a Motion for New Trial be extended to October 6, 2023, with the Government's opposition brief due on October 27, 2023.

Dated: September 20, 2023                     Respectfully Submitted,


[COUNSEL SIGNATURES ON NEXT PAGE]

E&W Law, LLC

  /s/ John S. Irving
John S. Irving (D.C. Bar No. 460068)
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20004
Telephone: (301) 807-5670
Email: john.irving@earthandwatergroup.com


SECIL LAW PLLC

  /s/ John P. Rowley, III
John P. Rowley III  (D.C. Bar No. 392629)
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 417-8652
Email: jrowley@secillaw.com

BRAND WOODWARD LAW, LP

  /s/ Stanley E. Woodward
Stan M. Brand (D.C. Bar No. 213082)
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
1808 Park Road N.W.
Washington, D.C.  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel to Dr. Peter K. Navarro*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 1:22-cr-00200-APM |
| | ) |
| PETER K. NAVARRO, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2023, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

Respectfully submitted,

SECIL LAW PLLC

  /s/ John P. Rowley, III
John P. Rowley III  (D.C. Bar No. 392629)
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 417-8652
Email: jrowley@secillaw.com