IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Criminal No. 1:22-cr-00200-APM |
| v. ) | |
| ) | |
| PETER K. NAVARRO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Peter K. Navarro's Motion to Extend Time for Filing of Motion for New Trial, it is this ___ day of September 2023, hereby:

ORDERED that the Motion to Extend Time is GRANTED for good cause shown; the date for the filing of the Defendant's Motion for New Trial is extended from September 21, 2023, to October 6, 2023; and it is further:

ORDERED that the due date for the Government's opposition brief to the Motion for New Trial is set for October 27, 2023.

_____
HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE