IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| v. | ) ) Criminal No. 1:22-cr-00200-APM ) |
| PETER K. NAVARRO, | ) ) |
| Defendant. | ) ) |

**MOTION FOR LEAVE TO TRAVEL**

Defendant Dr. Peter K. Navarro, by and through the undersigned counsel, hereby respectfully moves this Court for an Order permitting him to travel internationally to receive medical treatment. Although defense counsel has yet to receive a response to its inquiry of the government as to its position with respect to the relief Dr. Navarro seeks,[1] defense counsel nevertheless submits the foregoing motion due to the imminency of Dr. Navarro's anticipated travel.

On June 3, 2023, the Court entered an Order Setting the Conditions of his Release, which included the requirement that the Court is to approve all travel outside the continental United States. Order (June 3, 2022) (ECF No. 9). On September 6, 2023, a Jury Trial commenced in this matter, which concluded on September 7, 2023, with convictions as to all counts. At that time, the Court again released Dr. Navarro on personal recognizance and ordered that the conditions imposed by the Court's June 3, 2022 Order would remain in effect.

████████████████████████

████████████████████████

---

[1] In fairness to government counsel, defense counsel emailed government counsel only yesterday, October 5, 2023, at 12:09pm.

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████

      Accordingly, Dr. Navarro respectfully requests this Court issue an Order permitting him to travel outside of the continental United States between October 15, 2023 and October 23, 2023.

[SIGANTURE ON NEXT PAGE]

Dated: October 6, 2023                      Respectfully submitted,

                                                  */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Dr. Peter K. Navarro*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2023, a true and correct copy of the foregoing was electronically served on all registered parties.

>Respectfully submitted,
>
>*/s/ Stanley E. Woodward, Jr.*
>Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
>BRAND WOODWARD LAW, LP
>400 Fifth Street, Northwest, Suite 350
>Washington, DC  20001
>202-996-7447 (telephone)
>202-996-0113 (facsimile)
>Stanley@BrandWoodwardLaw.com
>
>*Counsel for Defendant Dr. Peter K. Navarro*