IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:22-cr-00200-APM |
| ) | |
| PETER K. NAVARRO, ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENT IN SUPPORT OF MOTION FOR NEW TRIAL**

Pursuant to the Court's October 10, 2023, Minute Order, Dr. Peter K. Navarro, by and through counsel, submits this supplement in support of his Motion for a New Trial (Oct. 6, 2023) (ECF No. 138).

Specifically, the Court has ordered that Dr. Navarro produce evidence supporting his contention that protestors held signs that related to the content of the information sought from Dr. Navarro by Congress, including inflammatory statements such as, "Bro, Should've Plead the 5th… Peter 4 Prison," "Defend Democracy," and "Free J^ Political Prisoners Now."  The signs in question can be seen in the following video, which was created to assist defense counsel (and includes Dr. Navarro's statements to the press after his conviction):  InTrumpTime, Pool Cam Footage Just Prior to And During Navarro Press Conference, YouTube, *available at* https://rumble.com/v3oe44g-pool-cam-footage-just-prior-to-and-during-navarro-press-conference-post-ver.html (last visited Oct. 11, 2023).

The Court also ordered that Dr. Navarro produce evidence supporting his contention that the protestors were actually present when his jurors were paraded out of the Courthouse minutes before reaching a verdict convicting Dr. Navarro.  Principally, this evidence comes from the video provided by the Court (and identified by the U.S. Marshal's Service) on September 12,

2023.  00Jericho, September 7, 2023, DC Courthouse BE STILL BEFORE YHVH AND WAIT PATIENTLY FOR HIM, Youtube, *available at* https://www.youtube.com/watch?v=Q6coGPlUZaM (last visited Oct. 11, 2023).  That video, which was posted on Youtube by user, 00Jericho, was itself recorded by a protestor carrying a sing that day:



At approximately counter mark 13:14 in the video, you can see the jury emerge from the Courthouse and user 00Jericho retrieve his sign (depicted in the very bottom lefthand of the video):





User 00Jericho's video also depicts a second protestor walking in front of the Courthouse, as seen in the reflection of the Courthouse doors at counter mark 14:16:





Then, at counter mark 14:26, user 00Jericho pans his camera to the reporter pool where a third protestor is clearly depicted:



Of note, both this protestor and user 00Jericho are wearing t-shirts referencing the death of Ashli Babbitt on January 6, 2021:



At this time the jury is still outside and mere yards from the media pool gathered outside the Courthouse. To that end, at counter mark 15:18, user 00Jericho pans his camera past the gathered jurors showing just how close to the jurors he was positioned that day:



In addition, the Courthouse CCTV footage confirms the proximity of Dr. Navarro's jury to the protestors gathered outside the Courthouse that day:



**[SIGNATURE ON NEXT PAGE]**

Dated: October 11, 2023                    Respectfully Submitted,

                                                                     E&W Law, LLC

                                                                           /s/ John S. Irving
                                                                     John S. Irving (D.C. Bar No. 460068)
                                                                     1455 Pennsylvania Avenue, N.W., Suite 400
                                                                     Washington, D.C. 20004
                                                                     Telephone: (301) 807-5670
                                                                     Email: john.irving@earthandwatergroup.com


                                                                     SECIL LAW PLLC

                                                                          /s/ John P. Rowley, III
                                                                   John P. Rowley, III  (D.C. Bar No. 392629)
                                                                     1701 Pennsylvania Ave., N.W., Suite 200
                                                                     Washington, D.C. 20006
                                                                     Telephone: (202) 417-8652
                                                                     Email: jrowley@secillaw.com

                                                                     BRAND WOODWARD LAW, LP

                                                                   */s/ Stanley E. Woodward, Jr.*
                                                                     Stan M. Brand (D.C. Bar No. 213082)
                                                                     Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                                                     400 Fifth Street Northwest, Suite 350
                                                                     Washington, DC  20001
                                                                     202-996-7447 (telephone)
                                                                     202-996-0113 (facsimile)
                                                                     Stanley@BrandWoodwardLaw.com

                                                                     *Counsel for Dr. Peter K. Navarro*

7

## CERTIFICATE OF SERVICE

On October 11, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Dr. Peter K. Navarro*