# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 22-cr-200 (APM) |
| ) | |
| PETER K. NAVARRO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Peter K. Navarro's Motion for Leave to Travel, ECF No. 136, 139, which is unopposed, ECF No. 140, is hereby granted. Defendant may travel to the international destination indicated in his motion between October 15, 2023, and October 23, 2023. Before his travel, Defendant shall provide his itinerary to Pretrial Services, including the address where he intends to stay and a telephone number where he can be reached. Defendant shall continue to report as instructed by Pretrial Services during his international travel.

Dated: October 12, 2023

Amit P. Mehta
United States District Court Judge