UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | CRIMINAL NO. 22-cr-200 (APM) |
| v. | : | |
| | : | |
| **PETER K. NAVARRO,** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

The United States respectfully asks the Court to accept and docket the Government's reply to Defendant Navarro's sentencing memorandum and the accompanying exhibits, even though the reply brief exceeds the page limit set by the Court in its November 11, 2023, Minute Order. Attached as Exhibit 1 is a proposed order granting the Government's request.

On November 11, 2023, the Court set a briefing schedule for the parties' sentencing memoranda, which were filed on January 18, 2024. The Court also invited the parties to respond to each other's sentencing memorandum by January 22, 2024, and set a cap of five pages for each reply brief.

This Court may enlarge page limitations for a brief upon a showing of good cause. Defendant's sentencing memorandum, ECF No. 160 at 21-31, included a wholly independent motion asking the Court to release the Defendant pending appeal. It also contained new arguments relating to the concept of desuetude that, to the best of the Government's understanding, have never before been advanced to ask a Court to set aside statutory language in a criminal case. Adequately responding to the Defendant's sentencing memoranda, the embedded motion, and these novel arguments requires more than five pages – but not more than the page limitations for

opposition and reply briefs set by the local rules. *See* LCrR 47 (e) (limiting opposition and reply briefs to 45, and 25 pages, respectively). Granting the Government's request will not prejudice the Defendant given it was the Defendant's embedded motion that has prompted the Government's request.

Accordingly, the Government submits that there is good cause for the Court to accept for filing the attached reply brief (Exhibit 2), and accompanying exhibits (Exhibits 3-5).

Respectfully submitted,

MATTHEW M. GRAVES  
United States Attorney  
D.C. Bar No. 481052

By:  */s/*  
John D. Crabb  
Elizabeth Aloi (D.C. 1015864)  
Assistant United States Attorneys  
United States Attorney's Office  
601 D Street, N.W.  
Washington, D.C. 20530  
(202) 252-7212 (Aloi)  
elizabeth.aloi@usdoj.gov